04-25-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
    Post:  c/o post master General
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon
message telephone 503.668.6836

RECEIVED

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

No. 3:06-cv-00129 JWS

district court for the united States of America
Anchorage, Alaska

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13,
legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

Scope
(1)

Comes Now:

1.) Steven George Fair Sovereign, Posterity by blood descent, unenfranchised, as Endowed by Covenant of Abraham in "...*that they are endowed by their Creator with Certain [absolute] unalienable Rights;... that to secure these Rights governments are instituted amoung Men...*" unanimous declaration of the thirteen united States of America July 4th 1776, hereinafter Original Trust contract. Said *Covenant* Unalienable Rights are secured constitutionally in constitution for the united States of America as endorsed by the Framers A.D. 1787, hereinafter Original Trust A contract. Steven George Fair Sovereign, Posterity by blood descent, is Grantor of all authority upon which the legitimate Federal Government exists, on equal footing in the Original Constitution for Virginia country A.D. 1776, Joseph Goddard b.1740 Virginia, and A.D. 1776, Peter Fair b.1688 Maryland. No decipher of *Scope* would be necessary if it were not for abuse of power by *the congress* in illegitimate silent judicial notice(s) under *Erie Railroad Doctrine* of corporate *person* enfranchisement to the illegitimate private corporate democratic 14th voluntary political amendment. Steven George Fair's appearance as unenfranchised Sovereign is presumed by a legitimate Federal Government, leaving construction under *Erie* of prima facie evidence of an illegitimate corporate government called the UNITED STATES 28 U.S.C. 3002(15) and the districts of *federal union of states* territorially DISTRICT OF ALASKA. Steven George Fair appears under Original Trust contract and specifically Article IV, sec. 2 Privilege and Immunity, Article of Amendment I, IV, V, IX, & X Original Trust A contract.

2.) All current fiat account office holders of the *federal union of states* appear to be debtor in possession tenant in fee corporate enfranchisees of the alleged 14th voluntary political amendment as legislative grantees of illegitimate U.S. subject citizenship pursuant to *Erie Railroad Doctrine*, 'corporate person' 28 U.S.C. 3002(15). Grantee beneficial 'use' of public office / color of office by voluntary/involuntary corporate enfrachisee

*federal union of states* illegitimate legislative subject citizens creates public Trust and inextinguishable debt obligation to <u>Original Trust contract</u> and <u>Original Trust A contract</u> use=debt=trust, *Clearfield Trust Doctrine*. Grantees in beneficial use of public Trust office inextinguishable contract debt obligation to Grantor Steven George Fair, cannot raise question / constitutional question against Grantor while in receipt of benefit, *Ashwander* v. *Tenn. Vly. Auth. Doctrine* estoppel. The UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA under *Scope* appears to be territorial and illegitimate based upon the Framer's intent in A.D. 1787 <u>Original Trust A contract.</u> That is not to say that a defacto illegitimate U.S. court is not obligated in inextinguishable debt obligation to protect the *Endowment* and public Rights of Steven George Fair Sovereign Posterity by blood descent, *We the People, as used in the Constitution, appears to be a term of art for Private Individual* [Steven George Fair] <u>Original Trust contract,</u> and <u>Original Trust A contract</u> specific performance as an inextinguishable debt obligation of public Trust office/officer/color of office, for which Steven George Fair owes no Thing.

3.)   1997-98 FEDERAL RULES OF CIVIL PROCEDURE, West Publishing Co., page 38, ADVISORY COMMITTEE NOTES 1937 Adoption:

> *The expression "district courts of the United States" appearing in the statute authorizing the Supreme Court of the United States [of America] to promulgate rules of civil procedure does not include the district courts held in the territories and insular possessions. <u>Mookini et. al. v. United States, 1938, 58 S.Ct. 543, 303 U.S. 201, 82 L.Ed.748.</u>*

Grantor uses several unrebuttable witnesses from state and national Archives to construct a conclusive presumption on the territorial nature of the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA. First, that state on equal footing Alaska is estopped by *"No State Shall. . .make any Thing but gold and silver Coin a Tender in Payment of Debts.",* Article I, sec. 10, cls. 1,<u> Original Trust A contract</u> (the governor subject to joinder to this action for breach of specific performance to contract(s), supra) if

not territorial. Second, *"No State Shall. . .pass any. . .Law impairing the Obligation of Contracts. . ."* Article I, sec. 10, cls. 1, (specifically Original Trust contract and Original Trust A contract specific performance by that organic State Alaska). Third, *". . .but no new State shall be formed or erected within the Jurisdiction. . ."* and *"The United States shall guarantee to every State in the Union a Republican Form of Government. . ."* and *"The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States."* Article IV, sec. 4, sec. 3, sec. 2., Original Trust A contract. Fourth, the office of president only speaks of the 'democracy' and presents the colours and seal of the Commander in Chief officially, (see; Veterans of Foreign Wars; Flag etiquette ), and never claims authority of the Republic by its International Symbols, Article IV, Original Trust A contract. Fifth, the *federal union of states* appears to exercise unauthorized punitive power exterior of Article I, sec. 8, cls. 6 & cls.10; which may only legitimately exist territorially in Article I, sec. 8, cls. 17 & cls. 18, and Article IV, sec. 3, cls. 2. Sixth, the illegitimate court and *atturn ey*-Latin for trustee repeatedly cite *". . .public good. . ."*, which appears to present a private corporate territorial character under 28 U.S.C. 3002(15), *"Private property condemned to the use of a corporation, is taken for public use, because the corporation is a pubic agent. . ."* Or. Cas. R.Co. v. Bailey 3 Or.165. Oregon General Laws 1872, ft.nt.[1].

The last *Thing* of importance is the Coinage Act of 1792 defining a "Dollar" as silver specie Coin Legal Tender for the united States of America and the illegitimate acts of the *New Deal* under By section 43 of the Agricultural Adjustment Act of May 12, 1933 (48 Stat. 51 (31 USCA 821), it was provided that the President should have authority, upon the making of the prescribed findings and in the circumstances stated, 'to fix' the weight of the gold dollar in grains nine tenths fine and also fix the weight of the silver dollar in grains nine tenths fine at a definite fixed ratio in relation to the gold dollar. . .to protect from foreign commerce. . .provided that the 'gold dollar, the weight of which is

*so fixed, shall be the standard unit of value,' and that all forms of money... shall be maintained at a parity with this standard...".* "*On January 31, 1934, he fixed 'the weight of the gold dollar to be 15 5/21 grains nine tenths fine' from and after that date (No.2072) 31 USCA 821 note.* Title 31 'public policy', see; "*...to protect from foreign commerce...*" appears to be interstate commerce related, Article I, sec. 8, cls. 3, and Article I, sec. 8, cls. 10 admiralty illegitimate presentment of power to create a new form of payment structure in the illegitimate *New Deal* which F.D. Roosevelt declared as misrepresentation in January 1935 STATE OF THE UNION:

> I am confident that today, in the light of the events of the past 2 years,...
> **We have undertaken a new order of things**,... We have proceeded throughout the Nation a measurable distance on the road toward this new order.... Let him who, ..., without just warrant would seek to disturb or dispel this assurance, **take heed before he assumes responsibility** for any which slows our onward steps.
>
> Throughout the world change is the order of the day. In every nation economic ...masters of old practice and theory were unprepared. In most nations social justice, no longer a distant ideal, has become a definite goal, ...
>
> ... We seek it through processes which retain all of the **deep essentials** of that republican form of representative government first given to a troubled world by the United States.
>
> ... the unity of our program **reveals itself** to the nation. The outlines of the new economic order, rising from the disintegration of the old, are apparent. We test what we have done as our measures take root in the living texture of life....
>
> The attempt to make a distinction between recovery and reform **is a narrowly conceived effort to substitute the appearance of reality for reality itself...**
> It is important to recognized that while we seek to outlaw specific abuses, the American objective of today has an infinitely deeper, finer, and **more lasting purpose than mere repression**.
> STATE OF THE UNION 1935, (emphasis mine)

Reality constructed upon the historical records of the national and state Archives provides that treasury Department coins no gold dollars, they are "*... a narrowly conceived effort*

*to substitute the appearance of reality for reality itself. . .".* Current Legal Tender gold Coin *'Eagle(s)'* are denominated in silver specie Coin Dollars as 50, 25, 10. The illegitimate *New Deal* of Roosevelt appears to be to bring admiralty jurisdiction via illegitimate gold dollars for interstate commerce. The only gold Coin Legal Tender from the Mint is an "Eagle", "Half-Eagle", "Quarter-Eagle", and "Tenth-Eagle". There is no legitimate *Thing* called a gold dollar on the several States.

The Currency Cases, and the Legal Tender cases including <u>U.S. v. Banker's Trust Co., 294 U.S. 240 (1935)</u> are ripe for review based upon zero 'value' federal reserve note, Article I, sec. 8, cls. 5, <u>Original Trust A contract,</u> since 1971/1973. No longer may a valueless *federal reserve note* be exchange for a Thing of equal 'value' to a silver specie Coin Dollar, 371 4/16ths grains of fine silver, or 416 grains of common silver struck as Legal Tender by the Mint, treasury Department for the United States of America. The legal premise in *U.S. v. Bankers Trust* is that a numerical count gold tally contract could be exchanged for a silver specie Coin Dollar, supra, quid pro quo. The current *". . .narrowly conceived effort to substitute the appearance of reality for reality itself. . ."* defies the judicial opinion of *quid pro quo* by the supreme Court, in that a discharge in valueless *federal reserve notes* to create a debtor in possession, tenant in fee, fife, feod, feud, feudal scheme, serf, peon, slave will never equate to *". . .Tender in Payment of Debts. . ."* Article I, sec. 10, cls. 1, <u>Original Trust A contract,</u> for the Allodialist. How this court arranges its opinion will determine the necessity of bringing claim under O.R.S. 176.075 and AK, Sec. 11.41.520 bringing about federal questions in diversity in trespass upon constitutional contract estoppel.

The privacy accorded individual *persons* in illegitimate, unlawful, and immoral acts exterior of the public Trust and public Trust Lands continues to be expressed in legalese *The people by their quiet assent allow the lawlessness to continue.* However, outlawry against the Public Trust which offends the Law of the Nations should not be replaced by

assent to *a narrowly conceived effort to substitute the appearance of reality for reality itself...* in the face of Grantor Steven George Fair, Posterity by blood descent, unenfranchised's claim/counterclaim of breach of specific performance to contract(s). "Federal reserve notes <u>**are good for money**</u> unless specially objected to..." <u>MacLeod v. Hoover, No. 26395, S.Ct; La.: 105 S.Rep. 305, (June 22, 1925).</u> The opportunity to *'specially object'* to fiat Federal Reserve Notes on *quid pro quo* basis in 1925 creates a belief that current account federal reserve notes are only good *for money* territorially, and; frn are illegitimately legal tender to discharge a debtor in possession of his tally number for his private corporate character.

EQUITY REPAYMENT AGREEMENT 'contract' Fair/Hart was endorsed and notarized in that state Oregon by Fair who was domicled on the Soil of Oregon and Hart(s) who resided near Florence Oregon. That Hart appears to be a corporate enfranchisee of the *federal union of states* and Fair appears as the unenfranchised Sovereign "...*that they are endowed by their Creator with Certain [absolute] unalienable rights...*" <u>unanimous declaration of the thirteen united States of America July 4th 1776</u>, hereinafter <u>Original Trust contract</u>, brings forward *conflicts in Law*, UCC 1-105, and *diversity of Citizenship*, establishing the Common Law of the several State Oregon and Alaska as the governing superior in the instant claim. In this regard the organic Law of Oregon is superior to the cipher codes of this state, Ore.73, ch. 836, sec. 13 - definition, as is the organic contract Law of the united States of America Article I, sec. 10, cls. 1, <u>Original Trust A contract</u>. The territorial UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA shall give way to the superior court capable of finding jurisdiction over the venue *jus Ad Rem* in Sovereign contract claim which shall include breach of specific performance to contract, conversion of constitutionally secure Endowment, and deceptive trade practices on the part of Hart/MacDonald/Spraker/ Barstow/U.S. Trustee all parts of the same corporate entity created illegitimately by *the*

*congress.*

4.)     In A.D. 1865 the Senate appears *in rebellion* against President Lincoln's Article II, sec.2 presidential pardon of the several States, the congressional over-ride of presidential Veto, President Johnsen, of the illegitimate *Reconstruction Acts of 1867 to present*, to deny several State Suffrage under Article V <u>Original Trust A contract</u>, in breach of specific performance to contract Article VI Oath or Affirmation under either Article I, sec. 8, cls. 17 & 18, and/or Article IV, sec. 3, cls. 2. *"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or **other Property** belonging to the UNITED STATES [28 U.S.C. 3002(15)]"*. Simply, the treasury Department advised that if the governor of a state does not obey Article I, sec. 10, cls. 1, <u>Original Trust A contract</u> he is not the governor of an Original State as contemplated by the People in their constitutions predating 'on equal footing' <u>Original Trust A contract</u>.

5.)     Additionally, Ore.73, ch. 836, sec. 13, describes the *federal district of Oregon* (like *district of Alaska*) and Ore.73, ch. 836, sec. 11(2) [O.R.S. 131.205] defines 'exception' to said illegitimate venue, in essence deciphered from the Cipher of this state's *If a Man have no intent to enter this state, commit no act in this state which is not punishable in The State, the Man is not subject to the jurisdiction of a court of this state.* *"The national and state courts not being foreign to one another, as the state courts are, but subordinate parts of one complete system of government..."* <u>Bennett v. Bennett 1 Deady 307 (1872)</u>, Oregon General Laws 1872, pg. 41, ft.nt.[1] [the year of corporate U.S. creation 28 U.S.C. 3002 ]

The appearance of Ore. 73 is because of illegitimate ratification of the alleged 14th voluntary political amendment in that year by an illegitimate government *in rebellion, res judicata,* "On either local, personal, or political grounds, the great body of the people, without nicely scanning the merits of the legal question, upheld 'the locations act' and

*the subsequent proceedings under it, by sheer force of public opinion...*" <u>Oregon General Laws 1872, pg. 55, ft.nt. 2, Federal district court judge Matthew P. Deady</u>, and, "*Any act in violation of this act is utterly null and void...*" <u>Amos H. Short v. Francis Ertimanager (Artimanager) 5 Opin. 359, 525, S.Ct. Ore. (1851) justices Nelson and Strong, cert. denied (1852)</u>, "*...in rebellion...*" <u>justices Nelson and Strong answer to Mr. Pratt (1852)</u>.

6.)    Formerly, the A.D. 1866 installation of federal political shills in the Oregon senate nullified the alleged ratification of 14th voluntary political amendment, and said ratification was proven to be fraud, S.J.R. 4 (1868). The congress of the *federal union of states* took by abuse of power, illegitimate "*...power to enforce...*" under the 13th amendment which is not the Original Article of Amendment XIII approved legislatively in Congress by the necessary number of the several State's Senators, including the presidentially pardoned several Southern States, prior to the Senate's breach/trespass upon Article II, sec. 2 presidential pardon of Mr. Lincoln of the several States A.D.1865, and illegitimate taking of several State Suffrage, Article V, <u>Original Trust A contract</u>, to breach Article VI <u>Original Trust A contract</u> Oath or Affirmation to the organic intent of the Framers of said organic Constitution.

The A.D.1868 legislature for Oregon never went *sine die*, leaving no uninterrupted delegation of authority from the People. "*...and it is a question when, if ever, it took effect..., because the assembly of 1868 never formally adjourned, but on Oct. 28, took recess...and did not meet afterwards...*" <u>1 Or. 264, 282</u>. In the 1868 House Journal the speaker states *when the last lawful expedient had failed, and we are left with this one last sad act.* By H.J.R. 13 Oregon illegitimately ratified the alleged 14th voluntary political amendment (May 21, 1973). STATE OF ALASKA Cipher is based upon the 1973 illegitimate ratification of the alleged 14th voluntary political amendment by STATE OF OREGON. The statutes for extortion are exact within the territorial district of *federal*

*union of states* STATE OF ALASKA and STATE OF OREGON:

AK, Sec. 11.41.520. Extortion O.R.S. 164.075

(a) A person commits the crime of extortion if the person obtains the property of another by threatening or suggesting that either that person or another may;

> (3) expose confidential information or a secret, whether true or false, tending to subject a person to hatred, contempt, or ridicule or to impair the person's credit or business repute;
>
> (4) take or withhold action as a public servant or cause a public servant to take or withhold action;
>
> (6) testify or provide information or withhold testimony or information with respect to a person's legal claim or defense;

7.)  It appears the *federal union of states* illegitimately allows legislative/executive non-judicial territorial courts *"and administered"*, 1993 Amendment; illegitimately fusing *". . .fundamental change necessary to effect unification of the civil and admiralty procedure. . ."*, 1966 Amendment; *". . .substituted the words "UNITED STATES DISTRICT COURT"* [FOR THE DISTRICT OF ALASKA] *(emphasis mine) for the words "district courts of the United States."* [Anchorage, Alaska] *(emphasis mine); "The expression. . .does not include the district courts held in the territories and insular possessions."* 1937 Adoption; illegitimate Rule 1. Scope and Purpose of Rules, page 38, FRCP West Publishing Co. 1997/98.

8.)  It appears the express and illegitimate purpose of fusing Law, Equity, and Admiralty was to bring unauthorized congressional punitive power under *"To define and punish. . ."* Article I, sec. 8, cls. 10.  Congress has punitive power expressly, and absolutely only at *"To provide for the Punishment. . ."* Article I, sec. 8, cls. 6, Original Trust A contract, and, *"To define and punish. . ."* Article I, sec. 8, cls. 10, Original Trust A contract. *The Congress shall have Power. . .To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding 10 Miles square). . .purchased by the Consent of the Legislatures of the State. . .for the erection of Forts, Magazines,*

*Arsenals, dock-Yards, and other needful Buildings."* Article I, sec. 8, cls. 17 <u>Original Trust A contract,</u> and *"To make all Laws which shall be necessary and proper. . ."* Article I, sec. 8, cls. 18, <u>Original Trust A contract</u>. *"The Congress shall have Power to. . .Rules and Regulations respecting the Territory or other Property belonging to the United States. . ."* Article IV, sec. 3, cls. 2. <u>Original Trust A contract.</u> *"None of the powers of sovereignty exist to the people of a territory; the legislative assembly owes its existence to, and derives all its authority from the act of congress creating it."* <u>Murin v. Converse 2 C.I.N. 113</u>. When the Framers expressly enable punitive power in Article I, sec. 8, cls. 6 & 10, <u>Original Trust A contract</u>, no other punitive power is implied except for the *exclusive legislation* for the district District of Columbia, guano islands, Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings, territories, and other property, Article I, sec. 8, cls. 17 & 18 and Article IV, sec. 3, cls. 2, <u>Original Trust A contract</u>. Grantor Steven George Fair does not deny abuse of power as public policy to control *the rebellion*, res judicata, of corporate enfranchisees of which defendant is one corporate body.

9.)   A justificable controversy arises on the distinction of the corporate enfranchisee grantee debtor in possession of pubic Trust office owing inextinguishable debt of a judicial court, Article III, <u>Original Trust A contract</u>, exclusively in Law for Steven George Fair's claim of breach of specific performance to contract.

And; the private corporate territorial enfranchisee, *U.S. subject citizen* as illegitimate legislative *Property,* Article IV, sec. 3, cls. 2, <u>Original Trust A contract</u> of the foreign corporate UNITED STATES. These democratic private corporate *persons, Erie, supra,* assent to no constitutionally secured *". . Endowed by their Creator. . .",* <u>Original Trust contract,</u> because of territorial status in the DISTRICT OF ALASKA, presumed to be territorial by the office of governor for this state's trespass upon Article I, sec. 10, cls. 1, <u>Original Trust contract</u> estoppel, and other points rendered herein, and; the appearing

fused admiralty punitive endorsement under Article I, sec. 8, cls. 10, <u>Original Trust A contract</u> illegitimately operate territorially under the congress, *The People by their quiet assent allow the Lawlessness to continue.*

### Jurisdiction

10.) This matter/action is *In Law,* Article III <u>Original Trust A contract</u> EQUITY SHARING AGREEMENT, *jus Ad Rem* Fair/Hart August 7th 1989, <u>*district court for the united States of America, Anchorage Alaska,*</u> "*No State Shall...pass...any Law impairing the Obligation of Contracts...*". Article I, sec. 10, cls. 1,<u> Original Trust A contract.</u> While the illegitimate grantee office holders may have fused jurisdiction over defendants [FRCP Rule 1], the offices/officers as grantee of inextinguishable debt obligation of public Trust office cannot raise constitutional question against Grantor Steven George Fair's presumptions while in receipt of the benefit of public Trust office, *Ashwander Doctrine Estoppel.* <u>The Law of the Action is EQUITY SHARING AGREEMENT dated August 7, 1989,</u> and <u>Original Trust A contact, Original Trust contract,</u> and <u>An Act to establish a government in Oregon, July 5th 1843.</u>

### Conclusion

11.) The scope of legitimate venue *district court for the united States of America, Anchorage, Alaska,* appears to preclude the use of counterfeit federal reserve notes having no Article I, sec. 8, cls. 5 'value' on one of the several States, Article IV, Article I, sec. 10, cls. 1, organic <u>Original Trust A contract</u>. Steven George Fair Sovereign, Posterity by blood descent does not contest the power of illegitimate *the congress* to make any *thing* it wants money/tally under Article IV, sec. 3, cls. 2 for its legislative corporate creation U.S. subject citizens alleged 14th voluntary political amendment. Nor does Grantor Steven George Fair Sovereign, Unenfranchised, contest the power of Congress to make any *thing it wishes* money/tally in the District [10 miles Square], Article I, sec. 8, cls. 17 & 18. Title 31 appears as illegitimate public policy for territorial "*...Property...*", Const., supra.

Since 1971 *The Currency Cases* await review under Article I, sec. 8, cls. 5, because a federal reserve note has no congressionally established "...*value*..." serving debtors in possession in tally scheme under the general and paramount lien of the <u>Banking Act of 1913</u>. Federal reserve notes have no value *quid pro quo*, <u>U.S. v. Bankers' Trust Co. 294, U.S. 240 (1935)</u> today. What is apparent and unrebuttable is that the Framers intended that *Continental Notes* never defraud the People again in their individual endorsement of the contract Constitution in A.D. 1787. The Framers never implied a power to create an inferior corporate enfranchisee subject class of serf/peons and slaves as debtors in possession via fiat money/tally scheme. What is legitimate is the Legal Tender struck by the Mint for the several States 371 4/16th grains of fine silver as a Dollar. What is criminal and illegitimate by deceptive trade practices is conversion of the Tender and Coin of We the People by the *illegitimate federal union of states* with a metals speculator by Ancer Haggerty, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, No. 03-CV-455HA, and the refusal of the illegitimate UNITED STATES COURT OF APPEALS, for the 9th circuits Court's intentional trespass upon *Ashwander Doctrine estoppel* to protect the abuse of power and conversion of Sovereign silver Specie Coin money struck by the Mint as Legal Tender. [don't give me your discharge skullduggery]

12.)   The illegitimate corporate person, U.S. subject citizen under legislative creation of the congress's alleged 14th voluntary political amendment office holder is faced with *Ashwander Doctrine estoppel* in regard to Steven George Fair Sovereign, Posterity by blood descent's constitutionally secured endowment to Covenant and claim to contract *In Law* judicially. Defendants cannot raise constitutional question against Grantor Steven George Fair while in receipt of the benefit of public Trust office because of the inextinguishable debt owed Grantor Steven George Fair under *Clearfield Trust Doctrine* use=debt=trust and *Ashwander Doctrine estoppel*.

13.)   Grantees may only hold illegitimate color of office by voluntary political legislative military voter registration to the illegitimate voluntary political congressional legislative military voter scam of *the Reconstruction Acts of 1867 to present;* by swearing to be a U.S. citizen [illegitimately created by legislative act of the congress], *'corporate enfranchisee' Erie Railroad Doctrine.*

14.)   By this swearing to be a U.S. subject citizen created by the legislative acts of a Northern senate Rebellion against President Lincoln's 1865 Article II, sec. 2, pardon of the several Southern States, the individual in mobocracy supports the Congressional trespass on <u>Original Trust contract</u> and <u>Original Trust A contract</u> to deny state Suffrage at Article V, <u>Original Trust A contract,</u> by private individual breach of Oath or Affirmation, Article VI <u>Original Trust A contract,</u> having no qualified immunity in office because of breach of private Oath or Affirmation prior to qualifying for public Trust office in inextinguishable debt obligation to the Endowment of Steven George Fair Grantor/Posterity by blood descent, <u>Original Trust contract,</u> Article IV, sec. 2, cls. 1, <u>Original Trust A contract.</u>

15.)   Defendants cannot bring constitutional question against the facts presented by Grantor Steven George Fair Sovereign, Posterity by blood descent, judicial estoppel, res judicata. Steven George Fair's statement of the Law of Contract EQUITY SHARING AGREEMENT is unrebuttable. Defendants have already trespassed upon *Ashwander Doctrine estoppel* in breach of <u>Original Trust Contract</u> bringing open confession of "use" of the private voluntary military registration of Stanton, sec. of War, under *the Reconstruction Acts of 1867 to present*, in current attempt to destroy the inextinguishable debt obligation of office / color of office holder to the Public Rights of the Posterity "Endowment" secured by <u>Original Trust A contract.</u>

16.)   What may be construed from the inferences of abuse of power via Nash's Non Co-operative Game Theory, to extort the private Property of Steven George Fair in

violation of O.R.S. 164.075 conversion by silent judicial notice, private corporate courts, and corporate jurisdiction fused in admiralty to allow illegitimate punitive power to the corporate rebellion; appears unrebuttable in *"We hold these truths to be Self evident. . .",* Original Trust contract. Compelled involuntary use of illegitimate fiat federal reserve notes constructs the conclusive presumption that DISTRICT OF ALASKA, STATE OF ALASKA, is territorial and illegitimate under Article IV, Original Trust A contract, or the actors in office openly confess to the court that they have militarily given aid and comfort to those who would destroy Original Trust contract and Original Trust A contract.

17.) This body of high knowledge, high training, high degree, high office, should well take its fiduciary debt obligation over the mobocracy, including named defendants, and clearly delineate the distinction between conversion of the Person, Article IV of Amendment, Immunity and Privilege, Article IV, and Due Process of Law and Just Compensation Article V of Amendment, Original Trust A contract debt obligation in regard to Steven George Fair Sovereign's claim of illegitimate conversion of his Person without *just compensation* by an illegitimate private democracy foreign (28 U.S.C. 3002) to the several States in abuse of power in illegitimate private corporate democracy *illegitimate Scope, supra.*

*Private property condemned to the use of a corporation, is taken for public use, because the corporation is a pubic agent. . ."* Or. Cas. R.Co. v. Bailey 3 Or.165. Oregon General Laws 1872, ft.nt.[1]. Article of Amendment V is express *". . .nor shall private property be taken for public use, without just compensation."* and *". . .Private property shall not be taken for public use, . . .without just compensation. . ."* Article I, sec.18, Oregon constitution, and; *". . .that no law ought ever be made, or have force in said territory [land mass by meets and bounds], that shall, in any manner whatever, interfere with or affect private contracts or engagements, bono-fide, and without fraud, previously formed."* An Act to Establish a Government in Oregon July 5th 1843, hereinafter Organic

Constitution for Oregon. The 'value' of an allodial estate to an allodialist Steven George Fair may be beyond calculation. But, in Iraq the cost of corporate infranchisee freedom in fife, feod, feud, feudal scheme, tenant in fee, serf, peon, slave, from a dictator is over 1,000,000,000.00 a day. This may be a current account basis to figure 'value' Article I, sec. 8, cls. 5 <u>Original Trust A contract</u> for defendant's trespass upon constitutional estoppel, and illegitimate public taking, for the public good, *Or. Cas. R.Co. v. Bailey* <u>3 Or.165,</u> supra, without Article V of Amendment *'just compensation"* as required in specific performance to contract by defendant.

<u>Remedy</u>

18.) The district court for the united States of America, Anchorage Alaska, shall act *in Law,* EQUITY REPAYMENT AGREEMENT, Article I, sec. 10, cls. 1, <u>Original Trust A contract,</u> as created under Oregon Law and Notary by Individuals domicled on the soil of Oregon, <u>Article I, sec. 18, Oregon constitution,</u> and/or

19. The UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA may prosecute defendant 'person' individually for conversion of the 'P'erson of Steven George Fair Sovereign, Article IV of Amendment <u>Original Trust A contract,</u> and breach of specific performance to contract, Article IV, V, & VI, supra, <u>Original Trust A contract,</u> Sovereign Immunity and Privilege, State Suffrage, and public officers under absolute inextinguishable debt obligation in Oath or Affirmation to the Organic Constitution(s), supra, and; see just compensation for a corporate taking of the Allodial Kendanemken Road Property, Alaska, Kenai Borough, Soldotna, for illegitimate private corporate democratic *public* use/good under Article V of Amendment <u>Original Trust A contract,</u> and/or:

20. The court shall order that Steven George Fair did not bring action, but; counterclaim, and; shall not be denied Due Process of Law under <u>Original Trust contract</u> and <u>Original Trust A contract</u> by first compelling involuntary use of illegitimate fiat federal

reserve notes 'buying justice', to criminally violate O.R.S.164.075(a.)(3)(4)(6) under Article IV, sec. 2, cls. 1, <u>Original Trust A contract</u>, and AK, Sec. 11.41.520(a)(3)(4)(6), to then legalize '*by illegitimate purchase*', illegitimate grantee private corporate executive / legislative administration 'court' for what is good for the public, . . .*public good*. . . <u>Or. Cas. R.Co. v. Bailey 3 Or.165. Oregon General Laws 1872, ft.nt.[1]</u>, supra.

Caveat

Steven George Fair is not delusional in regard to the current necessity of the illegitimate World's Reserve Currency federal reserve notes for corporate enfranchisees to tally their debtor capacity, and; the calamity presented by revelation of the fiat of *Continental Notes* prohibited by Article I, sec. 10, cls. 1 by a legitimate Court. Grantor only wishes to be left alone in his endowment to subsistence and use of Legal Tender for the several States as defined by legislative act as a "Dollar" 371 4/16ths grains of fine silver struck by the Mint as Legal Tender. Steven George Fair wishes to make absolutely clear that abuse of police power prevents his historical subsistence from his trust Lands and he is compelled to involuntarily use, but never 'makes a voluntary of use' of fiat. Grantor Steven George Fair Sovereign, Posterity by blood descent, wishes to make clear that involuntary 'use' of federal reserve notes creates no lien against any Thing, or unalienable Endowment (illegitimate Banking Act of 1913). Steven George Fair is concerned with abuse of power to prevent his subsistence in order to have grantee office holder / color of office, falsely proclaim corporate enfranchisee character under *Erie, Clearfield,* and *Ashwander*. No legitimate power exists to coerce, intimidate, threaten, or convey Steven George Fair Sovereign, Posterity by blood descent, Grantor, *Ashwander* v. *Tenn. Vly. Auth. Doctrine estoppel*. No legitimate power exists for any grantee debtor in use=debt=public Trust office/color of office to do any Thing except pay the inextinguishable debt obligation to secure Steven George Fair's Article IV, <u>Original Trust A contract</u> *Immunity and Privilege* and Article of Amendment IV 'P'erson, <u>Original Trust</u>

contract, *Clearfield Trust Doctrine estoppel*. *Erie Railroad Doctrine estoppel* establishes exactly the private corporate *federal union of states* subject citizenship of each and every member of the *one complete system* of democracy U.S. subject citizen under the alleged 14th voluntary political amendment. To the contrary; illegitimate abuse of power by private corporate beings, hu man corporate '*persons*', constructs lien against unpaid rents from allodial lands and tenements taken without *Just Compensation* or *Due Process of Law*, ie; sec. 12, 9 Stat. 323, Aug. 14, 1848, which is an unalienable debt obligation of the citizens of the territory, as one person with the congress, to Steven George Fair Sovereign. That the *federal union of states* refuses to pay its legitimate debts/obligations constructed by Due Process of Law is Fact, but; the Fact(s) shall remain immemorial, that; illegitimate abuse of power via deceptive trade practices shall forever remain UnLawful, though legalized by Cipher and abuse of police power. Outlawry is outlawry even in the face of illegitimate legalization *The People by their quiet assent allow the lawlessness to continue.* s.Ct U.S. Defendant as 28 U.S.C. 3002(15) individuals 1-999,999,999 have no immunity to lien constructed by due process of law because they are not the Federal Government contemplated by endorsement of Original Trust A contract by the Framers in A.D. 1787, with Articles of Amendment A.D. 1802.

/
/
/
/
/
/
/
/
/

## Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 1st day of the 5th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

_____
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843

1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon

    Post:  c/o post master general
            Sandy general delivery
            Sandy I.M.M. 122.1
            Oregon

message telephone: 503.668.6836

"Specially Objected To"
McLeod v. Hoover (June 22, 1995)
No. 23395 _____; 105 S.Rep. ___