


to:   district court for the united States of America
      Anchorage
      Alaska

## *Letter Rogatory*

Comes Now Steven George Fair Sovereign, Posterity by blood descent, unenfranchised to current voluntary political legislative military voter scheme of *the Reconstruction Acts of 1867 to present*.

A document Titled *Scope* will now appear in an arena of appearing *Conflicts in Law* and *Diversity of Citizenship*.

Steven George Fair Sovereign, Posterity by blood descent, appears in a sphere based in the historical record of national and state Archives as "...*that they are endowed by their Creator with Certain* [absolute, note; mine] *unalienable Rights*. In that time, space, and plane Steven George Fair is the allodialist Land Lord owed rents from the pubic Trust as an inextinguishable debt obligation. The grantee office holders owe an inextinguishable debt to the public Trust, *unanimous declaration of the thirteen united States of America, Original Trust contract,* and the *constitution for the united States of America, Original Trust A contract* as endorsed by the Framers A.D. 1787 with Articles of Amendment I - XII A.D. 1802. Additionally *An Act to establish a government in Oregon, July 5th 1843*, secures an inextinguishable dual governmental debt obligation.

Ecclesiastical judgments provide, under the Covenant of Abraham, that certain Lands and tenements are unalienable being held in allodium. Within that sphere, debts shall be paid in full by gold and silver Coin.

Defendant appears in conflict with the *organic acts* just cited. Their sphere is based upon illegitimate acts of rebellion, res judicata, and violating use of *Continental Notes fiat* federal receiver notes having no Article I, sec. 8, cls. 5 'value'. This plan of for fiat brought into existence by alleging a Franklin D. Roosevelt 'gold dollar' for commerce that has never existed. Since 1971, federal reserve notes only value is to the Master/the congress to keep track of the debt owed by corporate enfranchisee persons tenant in fee, fife, feod, feud, feudal, feudal scheme, debtor in possession, serf, peon, slave.

Federal reserve notes have no value to Steven George Fair as an Allodialist. It appears the value of silver specie Coin Dollars as legislatively defined by Congress as 371 4/16ths grains of fine silver struck as a Coin by the Mint as Legal Tender can only bring about criminal prosecution in defendant because that *'person'* must engage a foreign metals speculator in conversion of Lawful silver specie Coin Legal Tender to illegitimately convey valueless fiat federal reserve notes to allege a certain portion of debt against the General and Paramount Lien of the Banking Act of 1913.

What is left is *Conflict in Law* with Steven George Fair prohibited from engaging in the fraud of federal reserve note discharge, and the defacto court and officer's admission of criminal extortion O.R.S. 164.975 in taking silver specie Coin Dollars, supra, by conversion and conveyance to an illegitimate body in deceptive trade practices for unjust enrichment because there is no quid pro quo as required by *U.S.* v. *Bankers' Trust Co. 294 U.S. 240. Banker's Trust* clearly establishes the illegitimate *gold dollar* under the commerce clause, not Article I, sec.8, cls. 5, and Article I, sec. 10, cls. 1.

From the illegitimate sphere of the defacto UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA, Steven George Fair has no value because

no debtor in possession tally count may be obtained to justify commercial practice under the *general and paramount lien of the Banking Act of 1913.*

From the perspective of . . .*that they are endowed by their Creator with Certain unalienable Rights*. . . the illegitimate UNITED STATES 28 U.S.C. 3002(15) is a worthless experiment in mobocracy and irresponsibility.

Defendant appearing in *district court for the united States of America* is faced with claim of breach of contract specific performance at Article II, sec.2, Article IV, Article V, Article VI, Article of Amendment I, IV, V, IX, X, XI, XII, as envisioned by the Framers in their contract endorsement.

Steven George Fair appearing in the illegitimate UNITED STATES DISTRICT COURT raises the same questions and defendant's own breach of this person's 14th voluntary political amendment, debt obligation to Grantor Steven George Fair.

Conflicts in Law, U.C.C. 1-105, comes down to the court compelling involuntary use of federal reserve notes which becomes prima facie evidence of conversion, and extortion, O.R.S. 164.075, AK, Sec. 11.41.520, and; the illegitimate court's estoppel from taking silver specie Dollars legal tender from the Mint and conveying same by deceptive trade practices to the private treasury of the mobocracy 28 U.S.C. 3002(15). In that several State Alaska, the Common Law of We the People established July 4th 1776 governs the counterclaim.

In Steven George Fair's sphere defendant UNITED STATES 28 U.S.C. 3002(15) is a pauper, debtor in possession, tenant in fee, fife, feod, feud, feudal, serf, peon, slave under the alleged 14th voluntary political amendment. No mountain of illegitimate federal reserve notes has value to Steven George Fair's sphere. In fact federal reserve notes construct inference of congressional rebellion to create an illegitimate *federal union of states,* in assault upon Article II, sec. 2, Article IV, sec. 2, cls. 1, Article V, Article VI, and Articles of Amendment I, II, III, IV, V, IX, X, XI, A.D. Original Trust A contract.

Steven George Fair lives in Peace, "*In the Name of the Most Holy and Undivided Trinity*" <u>*definitive Treaty of Peace A.D. 1783, chief justice John Jay, president John Adams, minister Benjamin Franklin*</u>. U.S. TREATIES, CONVENTIONS, INTERNATIONAL ACTS, PROTOCOLS AND AGREEMENTS 1776-1909 (Part 1) Volume I.

Defendant lives under the International Colours and Seals of War, <u>*Veterans of Foreign Wars Flag Etiquette*</u> of the commander in Chief.

It appears Defendant UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA is *in forma pauperis* unable to pay their inextinguishable debt obligation to Steven George Fair Sovereign, Posterity by blood descent, unenfranchised, as obligated by Original Trust contract, supra, and Original Trust A contract, supra, a breach of Original Trust A contract.

*District court for the united States of America* is estopped from charging a fee for the Sovereign to defend *endowment* and *contract* under assault by defendant.

Persons are faced with the conflict of whether or not to deny Due Process of Law and admit assault upon Original Trust A contract, Article VI, Article V, Article IV sec. 2, cls. 1, Article II, sec. 2, and Article I, sec. 8, Article of Amendment XIII, XI, X, IX, V, IV, II, & I <u>Original Trust A contract, supra,</u> by illegitimate abuse of power in the instant, under the secret court findings of causa bella not openly declared by compelled involuntary use of federal reserve notes, or; denial of Due Process of Law by assault upon the Constitution, supra, with intent to destroy Original Trust contract, supra.

Only the illegitimate office holder acting in fiduciary debt obligation to the corporate person enfranchisees of the *federal union of states* can prevent the masses, 'one corporate person U.S., in their rebellion, res judicata', from committing treason under the Colors and Seals of the commander in Chief, who himself is presumed to be a corporate enfranchisee of the feudal scheme by voluntary registry to the congressional legislative military voter scam of the *Reconstruct Acts of 1867 - present*.

Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 3rd day of the 5th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth naught

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:   c/o post master general
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon

message telephone: 503.668.6836

# "Specially Objected To"

MacLeod v. Hoover   (June 22, 1925)
No. 26395. S.Ct. La.; 105 S.Rep. 305