# CALCULATION OF FINAL JUDGMENT
## PROOF OF CLAIM NO. 1 - STEVEN FAIR
### IN RE HART, CASE NO. 05-1457 DMD

RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | | |
|---|---|---|
| Gross Sales Price Of Real Property | $ 49,300.00 | |
| Percentage Interest of Steven Fair | 19.12% | |
| Principal Amount Due Steven Fair | | $ 9,426.16 |
| | | |
| Interest Owed to Steven Fair at | | |
| Beginning: Jan. 1, 2004 | 1/1/2004 | |
| Through: April 11, 2006 | 4/18/2006 | |
| Total Days | 838 | |
| Interest Rate Per Judgment | 5% | |
| Interest Per Diem | $ 1.29 | |
| Total Interest Owed Steven Fair | | $ 1,082.07 |
| **Total Principal and Interest through April 18, 2006 to Be Paid to Steven Fair** | | **$ 10,508.23** |
| **Interest to Accrue Per Diem at** | | **$ 1.29** |

NO. 2-21466

SOUTHCENTRAL TITLE AGENCY

4/17/2006   File : 20247
          Buyer : ROY CHRISTIANSEN; MARCIE CHRISTIANSEN                                $ ***$10,508.23
          Seller : WILLIAM BARSTOW, Trustee of the Bankruptcy Estate for; NORBERT LEE HART, Debtor
          Escrow Officer : Nichole Smith
          Property Address :

(507) Payment in full to Steven Fair - $10,508.23

RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

PLEASE REMOVE THIS REMITTANCE ADVICE BEFORE DEPOSITING

SOUTHCENTRAL TITLE AGENCY
ESCROW ACCOUNT
35096 KENAI SPUR HWY., STE 1
SOLDOTNA, AK  99669
907-262-4494

First National Bank Alaska
44501 Sterling Highway
Soldotna, Alaska 99669

NO. 2-21466
89-6  /  1252

File : 20247                                         DATE  4/17/2006

PAY  Ten Thousand Five Hundred Eight and 23/100 Dollars                        $ ***$10,508.23

TO THE ORDER OF
Steven Fair

Void after 90 days

⑆221466⑆ ⑈125200060⑈ 2410 138 8⑆

THIS DOCUMENT HAS A COLORED FACE AND CONTAINS A WATERMARK THAT IS VISIBLE WHEN HELD TO THE LIGHT. ABSENCE OF THESE FEATURES INDICATES A COPY.

**2004-003106-0**
Recording Dist: 302 - Kenai
4/5/2004 12:33 PM Pages: 1 of 2

ALASKA

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Steven George Fair
c/o post master general
Sandy general delivery
Sandy, I.M.M. 122.1 [97055]
Oregon

**RECEIVED**
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HART | Norbert | L. | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3468 Sito Baya | Carlsbad | CA | 93009 | U.S.A. |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| HART | Julie | A. | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3468 Sito Baya | Carlsbad | CA | 93009 | U.S.A. |

3. SECURED PARTY'S NAME

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Fair | Steven | George | Sov. |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o post master general, Sand general delivery | Sandy | Ore. | [97055] | u.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

Equity Repayment Agreement, dated 7th day of August, 1989, Kenai Recording District, State of Alaska, Book 0352, page 824 *

All property, real property, estate, real, natural, un-natural, assigned mineral, assigned biological, incorporate, corporate, timber, brush, plant, and animal life, chattle, cattle, building whether movable or permanent as conveyed to the below; all vehicles, machinery, livestock, game, birds, fowl, and improvements, whether gravel, well, septic, or gas service, all fences, barriers, and corrals, barns, outbuildings, smoke houses, soil or rock, and household goods including permanent fund payments to residents, and any other Thing within the close of the estate; all entitlements whether retirement, annuity, security, or insurance, including wages;

Tax account Number 05825012-7, T05N R10W, 822 KNO840075 FINE SUB NO.2, LOT 1
Tax account Number 05825013-5 T05N R10W, 822 KNO840075 FINE SUB NO.2, LOT 2

$46,002.92 Value established pursuant to "Equity Repayment Agreement" attached as annexation A * above

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☑ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING
6. ☑ THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# EQUITY REPAYMENT AGREEMENT

THIS AGREEMENT, MADE THIS 7th day of ~~July~~ August, 1989, between Steven G. Fair**, as Beneficiary, and Norbert L. Hart and Julie A. Hart (formerly Richardson), as Owner, covering the following described real property:  **29475 SW Serenity WYA Wilsonville, Or 97970

Lots 1 and 2, FINE SUBDIVISION NO. 2, according to Plat #84-75, filed in the Kenai Recording District, Third Judicial District, State of Alaska.

Beneficiary herein has agreed to grant to owner a discount on that certain Note secured by a Deed of Trust dated February 25, 1986, recorded February 26, 1986, which covers the property described above. In consideration of the discount, Owner hereby agrees to grant to Beneficiary an interest in the above described property. Said interest shall be equal to 19.12% of the sales price of the property, if property is sold within the next 15 years. If the property is not sold within the next 15 years, Owner agrees to provide at his expense an appraisal on or before January 1, 2004. Beneficiary will provide at his expense an appraisal on or before January 1, 2004. Said appraisals will be compared. If appraisals vary by more than 2%, and Beneficiary and Owner cannot agree on value at that time, a third party for appraisal will be chosen by both parties, cost to be shared equally. An average of the three appraisals will be taken to establish value. Owner agrees to pay to Beneficiary 19.12% of appraised value at that time.

However, documented cost of capital improvement to property from August 15, 1989 until the date this agreement is satisfied shall first be deducted from the sales price or the appraised value in order to allow Beneficiary an 19.12% interest in the property in its present condition.

The following formula shall be used to calculate Beneficiaries interest under this agreement:

Sales Price (or Appraised Value) less documented Capital Improvements to Property made after 8-15-89 (not to include routine maintenance and repairs) multiplied by 19.12% to reach the dollar figure due Beneficiary.

_Norbert L. Hart_  _Julie A. Hart_
Norbert L. Hart           Julie A. Hart

Return to: Norbert Hart
PO Box 1067
Florence, Or 97439

State of Oregon )
                ) ss.
County of Lane  )

On the 7th day of ~~July~~ August, 1989, personally appeared before me the above named Norbert L. Hart and Julie A. Hart, who acknowledged to me that they executed the foregoing instrument as their voluntary act and deed for the uses and purposes therein mentioned.

_Joyce Lokey_
Notary Public for Oregon
My Commission Expires: 7-2-93

[Notary stamp: JOYCE LOKEY, NOTARY PUBLIC - OREGON]

* Steven George Fair
c/o post master general
Sandy general delivery
Sandy I.M.M. 122.1 [97055]
Oregon



**2004-003105-0**
Recording Dist: 302 - Kenai
4/5/2004 12:32 PM Pages: 1 of 4

_____when recorded return to✶_____recorder_____

# Lien

"Equity Repayment Agreement" dated 7th August 1989, Book 0352, page 824, Kenai Recording District, State of Alaska

Debtor:       Norbert L. Hart and Julie (Richardson) Hart, a married couple
              (P.O. Box 1067)          3468 Sito Baya
              (Florance, Or 97439)     Carlsbad, California 93009

Creditor:     Steven George Fair
              c/o post master general
              Sandy general delivery
              Sandy I.M.M 122.1 [97055]
              Oregon

**lien value:**   **$46,002.92**

see: attached:
   Equity Repayment Agreement" dated 7th August 1989, Book0352, page 824 ppg.4

*"However, documented cost of capital improvement to property from August 15, 1989 until the date this agreement is satisfied shall first be deducted from the sales price or the appraised value in order to allow Beneficiary an 19.12% interest in the property in its present condition."*

Security:     Tax Account Number 05825012-7
              T05N R10W S22 KNO840075 FINE SUB NO.2 LOT 1

              Tax Account Number 05825013-5
              T05N R10W S22 KNO840075 FINE SUB NO.2 LOT 2

Done and dated this 4th day of the 3rd month in anno domini two thousand four

_____
Steven George Fair, creditor

# Secured Creditor Lien Value

## Established by:

Annexed hereto is copy of "Equity Repayment Agreement" dated 7th August 1989, Book 0352, page 824.

Based upon said paragraph 4 of 'Equity Repayment Agreement' "...*in order to allow Beneficiary an 19.12% interest in the property in it present condition.*" said agreement as of January 1, 2004 becomes a general and paramount Lien at 19.12% interest in the property in its 7th day of August, 1989, condition.

No appraiser in the Kenia/Soldotna area will appraise said property because of its state of neglect in violation of the presumption in the agreement "*However, documented cost of capital improvement to property from August 15, 1989 until the date this agreement is satisfied shall first be deducted from the sales price or the appraised value in order to allow Beneficiary an 19.12% interest in the property in its present condition.*"

Said property(s) were sold to benefactors for $85,000.00 on an 1984 appraisal of 126.000.00. In that no Licensed Appraiser on the Kenia Peninsula will appraise the property replacement value seems to fulfill the requirement in agreement "...*in order to allow Beneficiary an 19.12% interest in the property in its present condition.*"

Current Kenai Borough appraised value on the property(s) is 47,760.00, with 39,200.00 being land and 13,800 improvements with no value in the 28x32 log house due to neglect on the part of benefactor.

| | |
|---|---:|
| Construction costs for finished 28 x 32 basement @ $75 sq.ft. forced air natural gas, electric service, septic, well | 76,200.00 |
| Replacement value on the Log Package @ $62 sq.ft. 28x32 | 50,000.00 |
| shipping and assembly on site | 12,500.00 |
| sub total | 138,700.00 |
| Land, 05825013-5 (2003) tax bill | 13,500.00 |
| Total | 152,200.00 |
| Replacement value on the Log Package @ $62 sq.ft. 20x24 | 33,360.00 |
| shipping and assembly on site | 8,500.00 |
| site preparation, finish work @ $25 sq.ft. 20x 24 | 12,000.00 |
| sub total | 54,160.00 |
| Land, 05825012-7 (2003) tax bill | 11,500.00 |
| Total | 65,660.00 |



2 of 4
2004-003106-0

| | |
|---|---|
| Replacement value on Pole Barn @ $20 sq.ft. 24x48 | 23,040.00 |
| Total | <u>23,040.00</u> |
| Total #1 | 152,200.00 |
| Total #2 | 65,660.00 |
| Total #3 | 23,040.00 |
| Estimated Replacement Value | <u>240,600.00</u> |

Pursuant to

*"Equity Repayment Agreement" dated 7th August 1989, Book 0352, page 824"*

represents a General and Paramount Lien in the amount of (19.12%)    **$46,002.92**

Done and dated this 4th day of the 3rd month A.D. 2004

Clackamas county, inc. 1843  )
                             )  ss:
Oregon inc. A.D. 1843        )

*[signature]*
Steven George F__, beneficiary

---

Sales Price (or Appraised Value) less documented Capital Improvements to Property made after 8-15-89 (not to include routine maintenance and repairs) multiplied by 19.12% to reach the dollar figure due Beneficiary.

*[signatures: Norbert L. Hart / Julie A. Hart]*

Return to: Norbert Hart
PO Box 1067
Florence, Or 97439
State of Oregon )
                ) ss.
County of Lane  )

On the 7th day of ~~July~~ August 1989, personally appeared before me the above named Norbert L. Hart and Julie A. Hart, who acknowledged to me that they executed the foregoing instrument as their voluntary act and deed for the uses and purposes therein mentioned.

*[signature] Joyce Lakey*
Notary Public for Oregon
My Commission Expires: 7-2-93

89-_____
10-_____

# EQUITY REPAYMENT AGREEMENT

THIS AGREEMENT, MADE THIS 7th day of ~~July~~ August, 1989, between Steven G. Fair**, as Beneficiary, and Norbert L. Hart and Julie A. Hart (formerly Richardson), as Owner, covering the following described real property:
**29475 SW Serenity WY
Wilsonville, Or 9797

Lots 1 and 2, FINE SUBDIVISION NO. 2, according to Plat #84-75, filed in the Kenai Recording District, Third Judicial District, State of Alaska.

Beneficiary herein has agreed to grant to owner a discount on that certain Note secured by a Deed of Trust dated February 25, 1986, recorded February 26, 1986, which covers the property described above. In consideration of the discount, ~~Owner hereby agrees to grant to Beneficiary~~ an interest in the above described property. Said interest shall be equal to 19.12% of the sales price of the property, if property is sold within the next 15 years. If the property is not sold within the next 15 years, Owner agrees to provide at his expense an appraisal on or before January 1, 2004. Beneficiary will provide at his expense an appraisal on or before January 1, 2004. Said appraisals will be compared. If appraisals vary by more than 2%, and Beneficiary and Owner cannot agree on value at that time, a third party for appraisal will be chosen by both parties, cost to be shared equally. An average of the three appraisals will be taken to establish value. Owner agrees to pay to Beneficiary 19.12% of appraised value at ~~that~~ time.

However, documented cost of capital improvement to property from August 15, 1989 until the date this agreement is satisfied shall first be deducted from the sales price or the appraised value in order to allow Beneficiary an 19.12% interest in the property in its present condition.

The following formula shall be used to calculate Beneficiaries interest under this agreement:

Sales Price (or Appraised Value) less documented Capital Improvements to Property made after 8-15-89 (not to include routine maintenance and repairs) multiplied by 19.12% to reach the dollar figure due Beneficiary.

_Norbert L. Hart_ (signature)     _Julie A. Hart_ (signature)
Norbert L. Hart                    Julie A. Hart

Return to: Norbert Hart
PO Box 1067
Florence, Or 97439

State of Oregon )
              ) ss.
County of Lane )

On the 7th day of ~~July~~ August, 1989, personally appeared before me the above named Norbert L. Hart and Julie A. Hart, who acknowledged to me that they executed the foregoing instrument as their voluntary act and deed for the uses and purposes therein mentioned.

_Joyce Lokey_ (signature)
Notary Public for Oregon
My Commission Expires: 7-2-93