Steven George Fair Sovereign
Posterity by blood descent
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master General
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon

**RECEIVED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Bankruptcy Court for the united States of America
Anchorage Alaska

In Re: )
) Case No.:05-01457 DMD
Norbert Lee Hart ) Chapter 7
)
        Debtor )
_____)

**Notice of Appeal**

Comes Now Creditor No. 1:

To notice the court of *[appeal]* of illegitimate JUDGMENT REGARDING OBJECTION TO PROOF OF CLAIM for breach of fiduciary debt obligation to Creditor and contract, EQUITY SHARING AGREMENT, constructed upon TRUST DEED Hart/Fair, dated January 25th, 1986.

Creditor notices the court that said judgment and ORDER REGARDING OBJECTION TO PROOF OF CLAIM, was not received until March 23rd, 2006. Creditor was out-of-state from March 14th to March 22, 2006.

Done and dated this 23rd, day of the 3rd month A.D. 2006

*[signature]*

Steven George Fair
Sovereign, Posterity by blood descent