RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

Debtor.

Case No. A05-01457-DMD
Chapter 7

Filed On
3/15/06

### JUDGMENT REGARDING OBJECTION TO PROOF OF CLAIM

In accordance with this court's Order Regarding Objection to Proof of Claim, dated March 15, 2006, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Creditor Steven Fair's secured claim in the amount of $56,693.65 is disallowed. Mr. Fair shall receive 19.12% of the trustee's sales price together with interest thereon at 5% per annum from January 1, 2004 until paid by the estate.

DATED: March 15, 2006.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: G. Spraker, Esq. ✓
Creditor S. Fair
W. Barstow, Trustee ✓
U.S. Trustee ✓
Claims Register
3/15/06

37