RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

Debtor.

Case No. A05-01457-DMD
Chapter 7

Filed On
3/15/06

### ORDER REGARDING OBJECTION TO PROOF OF CLAIM

The trustee's objection to the secured claim of Steven George Fair duly came before the court for hearing on March 9, 2006. Gary Spraker appeared on behalf of trustee William Barstow, who was also present at the hearing. Steven Fair appeared on his own behalf. After hearing the testimony of the witnesses and reviewing the equity repayment agreement, I make the following findings. Mr. Fair has an equity interest of 19.12% in the sales price of the Kenai real property. Additionally, Mr. Fair is entitled to interest on that sum retroactive to January 1, 2004 at 5% per annum. in accordance with A.S. 09.30.070(a).

Therefore, IT IS ORDERED:

Creditor Steven Fair's secured claim in the amount of $56,693.65 is disallowed. Mr. Fair shall receive 19.12% of the trustee's sales price together with interest thereon at 5% per annum from January 1, 2004 until paid by the estate.

DATED: March 15, 2006.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: G. Spraker, Esq. ✓
Creditor S. Fair
W. Barstow, Trustee ✓
U.S. Trustee ✓
Claims Register
    3/15/06

