RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ALASKA**

In re:

NORBERT LEE HART,

        Debtor.

Case No. A05-01457-DMD
Chapter 7

Filed On
4/24/06

### ORDER PROHIBITING FURTHER FACSIMILE FILINGS PENDING PAYMENT OF OUTSTANDING FEES AND COMPLIANCE WITH AK LBR 5074-1

On April 21, 2006, Steven George Fair submitted the following documents to his court via facsimile:

- Motion for Joinder of Appeals;

- Notice of Appeal [re orders entered April 17, 2006]; and

- Rule 8003, Leave to Appeal.

This court accepts facsimile pleadings by local rule. AK LBR 5074-1 provides:

(a) **Acceptance of Facsimile Pleadings**. A pleading, complaint or petition may be accepted as timely filed by transmission to the court facsimile machine on time critical matters under the following criteria:
    (1) prior authorization must be received from one of the following court personnel: Judge, law clerk, clerk of court, or chief deputy;
    (2) a cover sheet with a brief statement of time critical status;
    (3) a fee as established by the clerk of court; and
    (4) original pleading must be filed within five (5) business days of facsimile authorization, together with the required fees.

Mr. Fair has been informed of this procedure by staff in the Judge's chamber, as well as through notices from the Clerk's Office advising that facsimile filing fees are due. In spite of this, he has failed to follow the required procedure of obtaining permission from the court before submitting his most recent filings.

> To date, Mr. Fair owes the court the following amounts:
>
> - $255 for the notice of appeal filed on March 23, 2006, plus $21.00 for the facsimile filing of that notice of appeal;
>
> - $17.00 for the facsimile filing of a motion for reconsideration on April 14, 2006 (Docket No. 64),
>
> - $21.00 for the facsimile filing of a motion for stay on April 14, 2006 (Docket No. 65);
>
> - $33.00 for the facsimile filing of a motion for reconsideration filed on April 17, 2006 (Docket No. 75);
>
> - $30.00 for the facsimile filing of "Creditors Objection to Misrepresentation of Material Fact," filed April 18, 2006; and
>
> - $255.00 for the notice of appeal filed April 21, 2006, plus $32.00 for the facsimile filing of that notice of appeal, motion for leave to appeal, and motion for joinder of appeals.

In all, with Mr. Fair's most recent facsimile submissions, he now owes a total of $664.00 in fees. The court will accept the documents Mr. Fair submitted by facsimile on April 21, 2006, so that his appeal rights are not prejudiced. However,

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN**, that no further facsimile transmissions from Mr. Fair will be accepted for filing by this court until:

> 1) Mr. Fair has paid all outstanding fees due to this court; and

2

2)   Mr. Fair complies with the requirements of AK LBR 5074-1(a) by obtaining permission from the court before submitting a facsimile transmission for filing. Permission will not be granted unless the pleading which Mr. Fair seeks to submit is time critical, as provided by LBR 5074-1(a).

DATED: April 24, 2006

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: Jane Pettigrew, Esq.
Gary Spraker, Esq.
Steven Fair, Pro Se Creditor
U. S. Trustee
P. Taylor, Financial Deputy
Case Manager

4/24/06

3