RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

Norbert Lee Hart

Debtors.

Case No. A05-01457-DMD
Chapter 7

Filed On
4/24/06

## NOTICE OF FILING OF NOTICE OF APPEAL
## AND TRANSMITTAL OF APPEAL TO BAP

To:   All Parties to the Appeal (listed below)

and

Bankruptcy Appellate Panel of the Ninth Circuit
125 South Grand Avenue
Pasadena, California

**NOTICE IS HEREBY GIVEN** that a Notice of Appeal was filed in this court by Steven George Fair on 4/21/2006. A copy of the Notice of Appeal is attached hereto. The appeal is being transmitted to the BAP along with a copy of this notice. For further information, the parties to the appeal are referred to the Notice of Requirements for Perfection of Appeal, filed and served concurrently with this notice.

DATED: April 24, 2006

WAYNE W. WOLFE
Clerk, U.S. Bankruptcy Court

By: /s/ Robbi Canterbury
Deputy Clerk

Attachments:  Notice of Appeal

Serve: U. S. Trustee
  BAP
  J. Pettigrew, attorney for debtor
  G. Spraker, attorney for trustee
  W. Barstow, trustee
  Steven George Fair, appellant