RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

Norbert Lee Hart

      Debtors.

Case No. A05-01457-DMD
Chapter 7

Filed On
4/24/06

## NOTICE OF REQUIREMENTS FOR PERFECTION OF APPEAL AND OF PROCEDURE FOR ELECTION TO TRANSFER APPEAL TO DISTRICT COURT

    A Notice of Appeal was filed in this court by <u>Steven George Fair,</u> appellant, on <u>4/21/2006</u>. *This appeal is being transmitted to the Bankruptcy Appellate Panel for the Ninth Circuit and will be determined by that court unless a party to the appeal files a timely election to have the appeal transferred to the United States District Court for the District of Alaska.* Information on making the election can be found in paragraph 3 of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit. A copy of this amended order is attached.

    **NOTICE IS ALSO GIVEN OF THE FOLLOWING REQUIREMENTS FOR PERFECTION OF THE APPEAL:**

    A.    The appellant shall, within **TEN (10) DAYS** of the date the appeal was filed, file the following with the Clerk of the Bankruptcy Court:

        1)    A designation of items to be included in the record on appeal ("DOR");

        2)    A statement of the issues to be presented on appeal (which must also be served on all other parties to the appeal); and

        3)    If the DOR includes any transcripts of hearings before the Bankruptcy Court, a written request for preparation of the transcript must also be delivered to the Clerk of the Bankruptcy Court.

    *Failure to file these documents in a timely manner could result in dismissal of your appeal.*

B. Any party filing a cross-appeal must, within **TEN (10) DAYS** after service of the appellant's statement of the issues to be presented, file and serve a statement of the issues to be presented on the cross appeal and a designation of additional items to be included in the record. If such designation includes transcripts of hearings, a written request for preparation of the transcript must also be delivered to the Clerk of the Bankruptcy Court. *Failure to file these documents in a timely manner may result in dismissal of your cross-appeal.*

C. Other parties to the appeal may file and serve a designation of additional items to be included in the record within **TEN (10) DAYS** after service of an appellant's or cross-appellant's designation of record. If such designation includes transcripts of hearings, a written request for preparation of the transcript must also be delivered to the Clerk of the Bankruptcy Court.

D. *If any party to this appeal is not represented by counsel, a copy of the docket in this case is also attached to this notice, along with additional instructions for preparing the designation of record.*

E. For appeals before the United States District Court for the District of Alaska, any party filing a designation of the record must also provide a complete copy of each item designated. Alternatively, the Clerk of the Bankruptcy Court may make copies of the designated items at the party's expense.

DATED: April 24, 2006

WAYNE W. WOLFE
Clerk, U.S. Bankruptcy Court

By: /s/ Robbi Canterbury
Deputy Clerk

Attachments: Copy of Amended Order Continuing BAP
If Pro Se Parties: Instructions to Pro Se Parties re: Designation of Record
Copy of Docket

Serve: U. S. Trustee
BAP
J. Pettigrew, attorney for debtor
G. Spraker, attorney for trustee
W. Barstow, trustee
Steven George Fair, appellant
4/24/2006