## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

          Debtor.

Case No. A05-01457-DMD
Chapter 7

> **Filed On**
> **4/17/06**

## ORDER DENYING MOTION FOR RECONSIDERATION
## OF ORDERS DENYING MOTIONS FOR RECONSIDERATION

        On April 17, 2006, Steven George Fair filed a document entitled "Motion for Reconsideration Order Denying Motions for Reconsideration of Order Dated April 14, 2006." In this motion, Mr. Fair appears to be requesting reconsideration of two orders which were entered by the court on April 14, 2006. The first order denied reconsideration of this court's order of March 31, 2006, which authorized the trustee to sell real property in Soldotna, Alaska, in which Mr. Fair claims an interest. The second order, entered April 14, 2006, denied reconsideration of an order which denied Mr. Fair's motion for stay.

        Mr. Fair's most recent motion for reconsideration of these two orders (which have already denied reconsideration), will be denied. The motion raises no new ground on which relief can be granted. The Oregon statutes he cites in his motion are inapplicable to real property located in Alaska. Federal bankruptcy law and Alaska state law control the issues pertaining to the real property being sold by the trustee, as well as Mr. Fair's interest in the real property. The remainder of Mr. Fair's motion is incoherent and appears to have no bearing on the issues germaine to this bankruptcy case.[1] Therefore,

---

[1] Mr. Fair's motion includes references to Silver specie Dollar Coin debts, illegitimate treaties and claims purportedly made by the United States, a demand for payment "because of bailment, depositum, precarium in allodial title to the Soil by Sovereign Right," an allegation that the bankruptcy court is an illegitimate entity because the United States "is a private corporation for territorial enfranchisee grantee corporation persons" which exists illegitimately, and assertions that Mr. Fair is somehow exempt from the laws of the United States on the basis of Sovereign Immunity.

**IT IS ORDERED** that the motion for reconsideration of the order denying motions for reconsideration, filed April 17, 2006, is denied.

DATED: April 17, 2006

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  Jane Pettigrew, Esq.
Gary Spraker, Esq.
Steven Fair, Pro Se Creditor
U. S. Trustee
Case Mgr.

04/17/06

2