RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

Debtor.

Case No. A05-01457-DMD
Chapter 7

Filed On
4/17/06

## ORDER DENYING REQUEST FOR EXTENSION OF TIME
## TO APPEAL ORDER FOR SALE OF REAL PROPERTY

On April 14, 2006, Steven George Fair filed a document which requests an extension of time to pay the appeal fee and to file an appeal of this court's order granting the trustee's application to sell real property free and clear of liens. Mr. Fair's request for an extension of time to pay his appeal fee must be considered by the appellate court; the bankruptcy court can't grant this relief. Additionally, although the bankruptcy court can grant extensions of time to file certain appeals, it can't extend the time for appealing an order which authorizes the sale of real property.[1] Therefore,

**IT IS ORDERED** that the request for extension of time to appeal the order authorizing the sale of real property, entered on March 31, 2006, is denied.

DATED: April 17, 2006

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  Jane Pettigrew, Esq.
Gary Spraker, Esq.
Steven Fair, Pro Se Creditor
U. S. Trustee

04/17/06

---

[1] Fed. R. Bankr. P. 8002(c)(1)(B).