RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>NORBERT LEE HART,<br><br>                    Debtor. | Case No. A05-01457-DMD<br>Chapter 7<br><br>**Filed On 4/14/06** |

## ORDER DENYING MOTION FOR RECONSIDERATION
## OF ORDER DATED APRIL 14, 2006

On April 14, 2006, Steven George Fair filed a motion for reconsideration of this court's Order Denying Motion for Stay. The order was entered on April 13, 2006. Mr. Fair's motion is therefore timely. It will, however, be denied.

Mr. Fair has actively participated in the hearings before this court regarding the trustee's objection to his proof of claim and the sale of real property. He has provided testimony and pleadings, which the court has considered along with the testimony and pleadings offered by other parties in this case. Mr. Fair has asserted no new grounds which would justify the grant of a stay. A party's dissatisfaction with a court's ruling does not make the court illegitimate or the ruling unjust. For these reasons, and for the reasons previously stated in this court's Memorandum Regarding Pleading Entitled "In the Nature of Stay Lis Pendency," filed April 13, 2006,

**IT IS ORDERED** that the motion for reconsideration of the order denying motion for stay, entered on April 13, 2006, is denied.

DATED: April 14, 2006

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: Jane Pettigrew, Esq.
Gary Spraker, Esq.
Steven Fair, Pro Se Creditor
U. S. Trustee

04/14/06

2