UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

        Debtor.

Case No. A05-01457-DMD
Chapter 7

Filed On
4/14/06

RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## ORDER DENYING MOTION FOR RECONSIDERATION
## OF ORDER DATED MARCH 31, 2006

On April 14, 2006, Steven George Fair filed a motion for reconsideration of this court's Order Granting Trustee's Application for Authority to Sell Real Property Free and Clear of Liens. The order was entered on March 31, 2006. A motion for reconsideration or amendment of an order must be filed within ten days of entry of the order. Mr. Fair's motion is untimely. Therefore,

**IT IS ORDERED** that the motion for reconsideration of the order dated March 31, 2006, is denied.

DATED: April 14, 2006

                                BY THE COURT

                                /s/ Donald MacDonald IV
                                DONALD MacDONALD IV
                                United States Bankruptcy Judge

Serve:  Jane Pettigrew, Esq.
         Gary Spraker, Esq.
         Steven Fair, Pro Se Creditor
         U. S. Trustee

04/14/06