UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
MAY 30 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

In re:

NORBERT LEE HART,

        Debtor.

Case No. A05-01457-DMD
Chapter 7

Filed On
4/13/06

## ORDER DENYING MOTION FOR STAY

A hearing on creditor Steven Fair's motion for stay was held on April 11, 2006. Gary Spraker appeared for the trustee, William Barstow, who was also present. Steven Fair appeared telephonically. Having considered the comments of the parties at the hearing and the papers and pleadings on file in this case, and for the reasons stated in this court's Memorandum Regarding Pleading Entitled "In the Nature of Stay Lis Pendency," dated April 13, 2006,

        **IT IS ORDERED** that the motion for stay is denied.

        DATED: April 13, 2006

        BY THE COURT

        /s/ Donald MacDonald IV
        DONALD MacDONALD IV
        United States Bankruptcy Judge

Serve:  Jane Pettigrew, Esq.
        Gary Spraker, Esq.
        Steven Fair, Pro Se Creditor
        U. S. Trustee
            4/13/06