

05-11-A.D. 2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
    Post:  c/o post master General
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon
message telephone 503.668.6836

RECEIVED
MAY 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
MAY 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

No. _____

district court for the united States of America
Anchorage, Alaska

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13, legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

Affirmed Affidavit of appearing Criminal Violation

(1)

Comes Now Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised, to testify pursuant to the Law of Perjury on the organic state Oregon, An Act to establish a government in Oregon July 5th 1843:

1.) SPRAKER, Gary is maliciously using the Postal Service, a private corporation incorporated in the District of Columbia, to engage in conversion of the 'P'erson, Article IV of Amendment, <u>Original Trust A contract constitution for the united States of America</u> of Steven George Fair, supra, to deny Article IV, sec. 2 sovereign Immunity and Privilege so as to deny original Credit owed Creditor as an inextinguishable debt obligation of public Trust, by appearing criminal conversion with malice as follows:

> Steve Fair
> General Delivery
> Sandy, OR 97055

2.) The bankruptcy court has maintained the correct sphere as:

> Steven George Fair Sovereign
> Posterity by blood descent
> Unenfranchised
> 1.3 miles South East Dodge Park
> Herrick Trail, Blue Roof
> Sandy
> Oregon
> > Post:   c/o post master General
> >         Sandy general delivery
> >         Sandy I.M.M. 122.1
> >         Oregon

3.) Gary Spraker maliciously trespasses upon *Ashwander Doctrine estoppel*, in breach of *Clearfield Trust Doctrine* fiduciary debt obligation, to falsely alleged *Erie Railroad Doctrine* enfranchisement to the illegitimate 14th voluntary political amendment, and illegitimate corporate enfranchisee character.

4.) Gary Spraker via William Barstow threaten and suggest Steven George Fair is a 'P'erson, supra, who should be/has been subjected to hatred, contempt, and ridicule to

(2)

impair Steven George Fair's Sovereign Credit by withholding action(s) as a public servant, in *Ashwander Doctrine Estoppel* trespass, while in breach of specific performance to *Clearfield Trust Doctrine* fiduciary debt obligation as a grantee debtor in possession of beneficial public Trust office, while conclusively presumed to be corporate enfranchisees of the alleged 14th voluntary political amendment and an illegitimate and unauthorized private democracy, defendant incorporated in the District of Columbia. U.S. Trustee withholds information with respect to Steven George Fair's Lawful claim to contract *jus Ad Rem*, as an Allodialist, so as to deny Steven George Fair just compensation, Article V of Amendment, <u>Original Trust A contract</u>, for public condemnation for illegitimate *public good*.

5.)   Gary Spraker via William Barstow for U.S. Trustee engage in conversion of the 'P'erson, supra, of Steven George Fair as noted in Point 1. to gain an unfair advantage via alleged *Ashwander Doctrine estoppel* trespass so as to prevent Creditor from bringing constitutional question against the democracy/defendant of which SPRAKER, BARSTOW, and U.S. TRUSTEE are corporate enfranchisees of "...*one complete system of government*..." <u>Bennett v. Bennett 1 Deady 307, Ore.</u>, 28 U.S.C. 3002(15) a foreign corporation domicled in the District of Columbia doing business in the illegitimate federal territorial DISTRICT OF ALASKA.

6.)   SPRAKER is warned in Order, due process of Law authority, to cease and desist his appearing criminal violation of A.K. Sec. 11:41:520(a)(3)(4)(6), letter included herewith, based in estoppel(s), res judicata.

7.)   The Sovereign Steven George Fair can decipher the Causa Bella war cipher used by SPRAKER, Gary as an idiotic incomprehensible democracy ploy in democratic tyrannical conspiracy to commit treason. Said construction of treason will not be complete unless this court refuses to act and Steven George Fair's unalienable Endowment expressed in the <u>unanimous declaration of the thirteen united States of America Original</u>

Trust contract, July 4th 1776, is condemned without just compensation, Article V of Amendment, Original Trust A contract. *Ashwander Doctrine estoppel* prohibits positively SPRAKER, Gary's treason in court fiduciary debt obligation under *Clearfield Trust Doctrine* to prevent the corporate enfranchisee democracy, *Erie Railroad Doctrine's* rebellion, *res judicata,* in conspiracy with BARSTOW, William, and U.S. Trustee in appearing criminal violation of A.K. 11.41.520 in extortion to commit violation of Article III, sec. 3, by open confession now before the court, even a defacto court bound to the Public Rights of Steven George Fair secured individually to the Posterity in blood descent as in inextinguishable debt obligation of debtor in possession of public Trust office, even color of office..

### Remedy

8.) The court, even a defacto court in color of office, should order SPRAKER to cease and desist conversion pursuant to *Doctrine(s), supra,* and/or;

9.) In the alternative take Gary Spraker's malicious abuse of Trust, corporate person SPRAKER, Gary's admission of conversion on the Record of the Court as construction of Law to infer criminal intent to violate Article III, sec.3, Original Trust contract by democratic abuse of military power (under colours of the Commander in Chief with 'Eagle' staff, '*Gold cords, silks, and fringe* **Military Colours**', Veterans of Foreign Wars Flag Etiquette) to compel involuntary political choice, and;

10. The court shall set hearing for show cause in which defendant shall be required to show cause why he should not be prosecuted for appearing criminal violation of A.K. 11.41.520 extortion in malice to commit tyrannical breach of specific performance to Original Trust contract and Original Trust A contract by abuse of military power.

### Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms

(4)

to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 11st day of the 5th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

_____
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master general
           Sandy general delivery
           Sandy I.M.M. 122.1
           Oregon

message telephone: 503.668.6836

/

/

/   **"Specially Objected To"**

/   MacLeod v. Hoover (June 22, 1925)

/   No. 26395, S.Ct. La.; 105 S.Rep. 305

/

(5)

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
      Post:   c/o post master General
                  Sandy general delivery
                  Sandy I.M.M. 122.1
                  Oregon
message telephone 503.668.6836

No. _____

district court for the united States of America
Anchorage, Alaska

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13, legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

Certificat of Service of Affidavit of appearing criminal conversion

(1)

Steven George Fair certifies to the court that he did place a true, correct, complete, and certain copy of;

<u>Affirmed Affidavit of appearing Criminal Violation</u>

in the post office, first class Post to:

Gary Spraker, for
SPRAKER, Gary Esquire

Gary Spraker
911 West 8th Ave. ste. 201
Anchorage, Alaska, 99501

for:
William Barstow
BARSTOW, William, corporate enfranchisee, supra

for:
U.S. TRUSTEE/defendant

on this 11th day of the 5th month A.D. 2006

Further Affiant Sayeth Naught

_____
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master general
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon
message telephone: 503.668.6836     (2)



**"Specially Objected To"**

MacLeod v. Hoover (June 22, 1925)
No. 26395, S.Ct. La.; 105 S.Rep. 305