05-11- A.D.2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
      Post:  c/o post master General
                 Sandy general delivery
                 Sandy I.M.M. 122.1
                 Oregon
*in propria persona*

**RECEIVED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPRAKER, Gary, Esquire of *the federal union of states mobocracy*
c/o Mister Gary Spraker *Civiliter Mortuus*
911 West 8th Ave. ste. 201
Anchorage, Alaska, 99501

re:    incomprehensible idiotic non-sense in cipher in appearing criminal violation of extortion laws, *In Emulationem Vincini, Malum Qu Communius Eo Pejus, Malum Prohibitum, Malitia Est Acida; Est Mali Animi Affectus, Jus Pulicum Privatorum Pactis Mutari Non Potest, In Terrorem Populi.*

Mr. Spraker,

Mr. justice Scalia stated recently that anyone who believes the Constitution is any Thing other than a contract to be followed is an *idiot,* therefore; I will allow Mr. justice Scalia to qualify the ongoing and appearing intentional violation of Alaska statute A.K. 11:41:520(a)(3)(4)(6) with malice of forethought, conversion, Article IV, sec. 2, Article IV of Amendment, and Article V of Amendment <u>Original Trust A contract Constitution for the united States of</u> America as endorsed by the Framers A.D. 1787, *Malum In Se*:

    AK, Sec. 11.41.520. Extortion O.R.S. 164.075

        (a) A person commits the crime of extortion if the person obtains the property of another by threatening or suggesting that either that person or another may;

        (3) expose confidential information or a secret, whether true or false, tending to subject a person to hatred, contempt, or ridicule or to impair the person's credit or business repute;

> (4) take or withhold action as a public servant or cause a public servant to take or withhold action;
>
> (6) testify or provide information or withhold testimony or information with respect to a person's legal claim or defense;

Before I address the Common Law assault, breach, and misrepresentation in withholding information from me in regard to Sovereign Immunity and *Malum In Se* exposure of threat, intimidation and coersion by your hatred, contempt, and ridicule in intentional, knowing, willful, malicious, prosecution to impair Sovereign Credit to extinguish debts by silver specie Coin Dollar, legal tender for the several States, Article 1, sec. 8, cls. 5, and Article I, sec. 10, cls. 1, <u>Original Trust A contract, supra,</u> while withholding inextinguishable fiduciary debt obligation of public Trust, A.K. 11:41:520(a)(4). I want you to understand the **end** to your means, *in rebellion, res judicata, <u>Amos H. Short v. Francis Ertimanager (Artimager) 5 Opin Ore. S.Ct. (1851), cert. denied (1852):</u>*

> "...The Constitution and the Bill of Rights was to protect individuals and minorities from the oppression of the majority." <u>10/25/1885, New York Times, Mr. justice William Brennan.</u>
>
> "We are a Republican Government. Real Liberty is never found in despotism or in the extremes of democracy." - <u>Alexander Hamilton</u>
>
> "It has been observed that a pure democracy if it were practicable would be the most perfect government. Experience has proven that no position is more false than this. The ancient democracies in which the people themselves deliberated never possessed one good feature of government. Their very character was tyranny, their figure deformity." - <u>Alexander Hamilton</u>
>
> (The purpose of which our Founding Fathers had gathered during the early weeks of the Constitutional Convention was. . .) ". . . to provide a cure for the evils under which the United States labored, that in tracing these evils to their origin every man found it to be the turbulence and trials of democracy. <u>Edmund Randolph, Constitutional Convention of A.D. 1787.</u>
>
> ". . .democracies have ever been spectacles of turbulence and contention; have ever been found incompatible with personal security, or the rights of property, and have in general been as short in their lives as they are violent in their deaths." - <u>James Madison.</u>

> *Every step. . .towards a more complete, unmixed democracy is an advance towards destruction; it is treading where the ground is treacherous and excavated for an explosion. Liberty has never lasted long in democracy; or has it ever ended in anything better than despotism."* Fisher Ames, 1801.

> (Democracy is) *". . . a government by the passions of the multitude, or, nor less, correctly, according to the vices and ambitions of their leaders."* Fisher Ames, U.S. Congress under president George Washington.

> TM 2000-25: 118-120 War Department, November 30, 1928
> DEMOCRACY
> A government of the masses
> Authority derived through mass meeting or any other form of direct expression
> Results in mobocracy
> Attitude toward property is communistic - negating property rights.
> Attitude toward law is that the will of the majority shall regulate, where it be based upon deliberation or governed by passion, prejudice, and impulse, without restraint or regard to consequences.
> Results in demogagism, license, agitation, discontent, anarchy.

Constructed from national and state Archives and the condemnation of Mr. justice Scalia, Mr. justice Brennen, father of the Constitution James Madison, Alexander Hamilton, Edmund Randolf, and Fisher Ames is this:

> An idiot is appearing *Malum In Se* violation of A.K. 11:41:520 based in anarchy, discontent without regard to consequences, agitation, license, demogagism; by impulse, prejudice, negating property rights in communistic mobocracy by the will of the masses, ie; *". . .by sheer force of public opinion. . ."* Amos H. Short, supra, Ore. 1872, pg.55 ft.nt.2, Federal district court judge Matthew P. Deady. The end to *rebellion, res judicata,* is according to *vices, despotism, treachery; where the ground is treacherous and excavated for an explosion, advancing toward destruction; in turbulence and contention; uncompatiable with personal security, or the rights of property.* The purpose of Original Trust A contract, constitution for the united States of America is *". . .to provide a cure for the evils under which the United States labored, that in tracing these evils to their origin every man found it to be the turbulence and trials of democracy."* *"It has been observed that a pure democracy if it were practicable would be the most perfect government. Experience has proven that no position is more false than this. The ancient democracies in which the people themselves . . .never possessed one good feature of government. Their very character was tyranny, their figure deformity."*
> *". . .Real Liberty is never found in despotism or in the extremes of democracy."*

Mr. Spraker, an *idiot* appearing in the *deformity* of *tyranny* in character *tracing these evils to their origin;* is expressed exactly by the criminal conversion attempted by:

Steve Fair
General Delivery
Sandy, OR 97055

The only purpose of this *tyrannical* conversion *Malum In Se* is to deny the Credit rights Endowed to Steven George Fair by Covenant secured by <u>Original Trust unanimous declaration of the thirteen united States of America</u>. That appears to be a clear criminal violation of A.K. 11:41:520.

You may believe you are protected by the *tyranny* of *mobocracy* in criminal assault/extortion assault upon Steven George Fair; *The people by their quiet assent allow the lawlessness to continue.*

*Ashwander Doctrine estoppel* lies against you acts, your actions, and your sphere in *deformity* and *despotism*.

I order you to stop your illegitimate assault, or face counter-Claim of assault upon original organic public Trust, supra, under the tyrannical guise of mobocracy *Malum In Se* while in violation of Statute, A.K. 11:41:520, O.R.S. 164.072, in breach of Ore.73, ch. 836, sec. 11(2) 'exception' under Article IV Immunity and Privilege, <u>Original Trust A contract</u> on all the several States, in conversion of Article IV of Amendment constitutionally secured 'P'erson of Steven George Fair *In Propria Persona*.

Notice of this warning/defense of appearing criminal assault will be forwarded to the court for Action.

<u>Asseveration</u>

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 11st day of the 5th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

_____
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master general
            Sandy general delivery
            Sandy I.M.M. 122.1
            Oregon

message telephone: 503.668.6836

**"Specially Objected To"**
MacLeod v. Hoover (June 22, 1925)
No. 26395, S.Ct. La.; 105 S.Rep. 305