04-25-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
    Post:  c/o post master General
              Sandy general delivery
              Sandy I.M.M. 122.1
              Oregon

RECEIVED

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

No. 3:06-cv-00129 JWS

district court for the united States of America
Anchorage, Alaska

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13, legislature(s)

The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee, Norbert Hart

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

Complaint in counterclaim

<u>Breach of specific performance to contract</u>

(1)

1.     Pursuant to Rule 1 - *Scope*, (pleading preceding),

> The court shall order that Steven George Fair did not bring action, but; counterclaim, and; shall not be denied Due Process of Law under Original Trust contract and Original Trust A contract by first compelling involuntary use of illegitimate fiat federal reserve notes 'buying justice', to criminally violate O.R.S. 164.075(a.)(3)(4)(6) under Article IV, sec. 2, Original Trust A contract, and AK, Sec. 11.41.520(a)(3)(4)(6), to then legalize '*by illegitimate purchase*', illegitimate grantee private corporate executive / legislative administration 'court' in what is good for the ". . .*public*. . .", Or. Cas. R.Co. v. Bailey 3 Or.165. Oregon General Laws 1872, ft.nt.¹, supra.

complainant in proper authority/venue appears exclusively to the *district court for the united States of America, Anchorage Alaska*, in distinction to the *federal union of states* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA, which appears to be voluntary/private/corporate/legislative/executive territorially, Scope - ". . .*does not include the district courts held in the territories and insular possessions.*"

organic Special Pleading in counterclaim

2.     Venue/sphere arises under *"No State shall. . .pass any. . .Law impairing the Obligation of Contracts"*, Article I, sec. 10, cls. 1, Constitution for the united States of America as endorsed by the Framers A.D. 1787, hereinafter Original Trust A contract, *"No . . .law impairing the obligation of contract shall ever be passed. . ."*, Article I, sec. 21, State of Oregon A.D. 1859, and, *". . .that no law ought ever to be made, or have force in the said territory*, [land mass by meets and bounds; Beginning at a Point 12 marine leagues West of the Western shore of the Pacific at Latitude 49' degrees, 0.0" minutes North; thence North parallel, 12 marine leagues West of the Western Pacific Shore to a point, Latitude 54'degrees 40" minutes North; thence East along said Latitude 54'40" to a the point, the intersection of the crest of the Stoney Mountains, thence South along the crest of the Stoney Mountains to a point, the intersection with said Latitude 49 North, thence West to the Point of beginning, note: mine] *that shall, in any manner whatever, interfere with, or affect private contracts or engagements, bono fide, . . ."* An

Act to establish a government in Oregon, July 5th 1843, and;

3.   Action arises under Article(s) of Amendment XI, X, XI, VIII, V, IV, I, and Article VI, V, IV, sec. 4 and sec. 3, cls. 2 & 1 and sec. 2, cls. 1, Article I, sec. 10, cls. 1, Article I, sec.8, cls. 18 & 17; Article I, sec 8, cls. 10 & 6, Article I, sec. 8, cls. 5 & 4, Article I, sec. 8, cls. 3 & 1 constitution for the united States of America as endorsed by the Framers intent A.D. 1787, hereinafter Original Trust A contract, and;

4.   Plaintiff/Grantor under Covenant of Abraham, *"...all Men are Created equal; that they are Endowed by their Creator with Certain* [absolute, note; mine] *unalienable Rights; that amoung these are Life, Liberty, and the Pursuit of Happiness; that to secure these Rights governments are instituted amoung Men;..."*., unanimous declaration of the thirteen united States of America Original Trust contract, secured at *"The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens of the several States"*, Article IV, sec. 2, cls. 1, Original Trust A contract, the Posterity by blood descent, Unenfranchised, and; defendant is a corporation [28 U.S.C. 3002(15)], having 1-999,999,999 enfranchisees [U.S. TRUSTEE, BARSTOW, SPRAKER, MAC DONALD IV, HART, named in civil death, as voluntary office holders under Oath and Affirmation via Original Trust A contract Article VI], incorporated under the laws Congress; creating copyright infringement upon the words united States, United States, united States of America, United States of America, via an illegitimate 'the congress' district of Columbia A.D.1872, having its principle place of business in the alleged district *'district of Alaska'* other than Washington City, District of Columbia, defendants are enfranchisees of an illegitimate democratic private scheme *"...persons* [corporate, *Erie Railroad doctrine*] *...subject...citizens...privileges or immunities of citizens...nor deprive any person...life, liberty, or property, without due process of law;..."* alleged 14th voluntary political amendment. Plaintiff has no need of the liability benefit of corporate enfranchisee character of the congress as is assented to by defendant's voluntary/involuntary private

political choice to take the benefits of corporate enfranchisee trust, *Ashwander Doctrine estoppel,* created in use=debt=trust, *Clearfield Trust Doctrine estoppel* via the Banking Act of 1913 general and paramount lien and security SSA-5 via codicil, as enfranchisee corporate 'person' 28 U.S.C. 3002, *Erie Railroad doctrine.*

5.   Additionally, the claim comes under diversity of citizenship; defendants one and all being grantee private corporate legislative enfranchisees of 28 U.S.C. 3002(15) domicled in the District of Columbia, *resident* 'c'itizens, person 'doing corporate business' in the ***federal union of states*** district of Alaska secured legislatively at the 14h voluntary political amendment, and; Grantor Steven George Fair Sovereign, Posterity by blood descent, unenfranchised, domicled on the Soil of Oregon and secured at Organic Law, Article I, *An Act to establish a government in Oregon July 5th 1843,* in dual Immunity and Privilege, secured at Article IV, sec. 2, cls. 1, constitution for the united States of America Original Trust A contract as endorsed by the Framers A.D. 1787, authority': *"In the Name of the Most Holy and Undivided Trinity"* chief justice John Jay, president John Adams, minister Benjamin Franklin, *definitive treaty of Peace,* A.D. 1783,as ratified by the Senate A.D. 1784, unanimous declaration of the thirteen united States of America July 4th 1776 Original Trust contract, all of which; points 1 through 6 constitute a private property damage claim of in excess of 50,000.00 Dollars.

6.   Article of Amendment XI Constitution for the united States of America, Original Trust A contract, is expressly excepted because STATE OF ALASKA, 28 U.S.C. 3002(15) is not one of the several States, or the United States of America, but a single democratic/mobocracy illegitimate private corporate grantee 'person' *Erie Railroad doctrine,* constituting ***the federal union of states****; "The national and state courts not being foreign to one another, as the state courts are, but subordinate parts of one complete system of government. . .that this act does not apply where the record of a state court is sought to be used in a national court." Bennett v. Bennett* 1 Deady 307, Oregon

General Laws 1872, pg.41, ft.nt.¹, codifier Federal district court judge Matthew P. Deady, 1 Stat. 12, May 26, 1790, sec. 1, STATE OF ALASKA is but one corporate member of an illegitimate private legislative democracy 'person' district foreign to the several States as contemplated by the Framers contract endorsement A.D.1787, Original Trust A contract.

7.  *"The states have authority to pass bankrupt laws, provided they do not impair the obligation of contracts, and provided there will be no act of congress in force to establish a uniform system of bankruptcy, conflicting with such laws." Sturges v. Crowninshield 4 Wh. 122,* Oregon General Laws 1872, pg.10, ft.nt.⁶. [an additional justificable controversy arises to make appear the bankruptcy of a debtor in possession, tenant in fee, fife, feod, feud, feudal scheme, serf, peon, slave HART, territorially, and his territorial fiduciaries MAC DONALD IV, SPRAKER, BARSTOW for the U.S. Trustee, and Article of Amendment X & IX rights reserved to the People for legitimate Bankruptcy proceedings in the state under uniform procedures proglumated legitimately]

### counter claim Claim

8.  Defendants one and all are in breach of contract specific performance at Article of Amendment X, & IX, Original Trust A contract.

9.  Defendants one and all are in breach of contract specific performance at Article of Amendment V, Original Trust A contract.

10. Defendants one and all are in breach of contract specific performance at Article of Amendment IV, Original Trust A contract..

11. Defendants one and all are in breach of contract specific performance at Article of Amendment I, Original Trust A contract..

12. Defendants one and all are in breach of contract specific performance at Article VI, sec. 2 & sec. 3, Original Trust A contract..

13. Defendants one and all are in breach of contract specific performance at Article V,

Original Trust A contract..

14.   Defendants one and all are in breach of contract specific performance at Article IV, sec. 2, <u>Original Trust A contract.</u>.

15.   Defendants one and all are in breach of contract specific performance at Article III, <u>Original Trust A contract.</u>.

16.   Defendants one and all are in breach of contract specific performance at Article II, sec. 2, <u>Original Trust A contract.</u>.

17.   Defendants one and all are in breach of contract specific performance at Article I, sec. 10, cls. 1, <u>Original Trust A contract.</u>.

18.   Defendants one and all are in breach of contract specific performance at Article I, sec. 8, cls. 1 through cls. 17, <u>Original Trust A contract.</u>.

19.   Defendants one and all are in breach of contract specific performance at *preamble*, <u>Original Trust A contract Constitution for the united States of America</u> as endorsed by the Framer's intent A.D. 1787.

20.   The bankruptcy court did error in Final Judgement, included herein, in breach of specific performance to contract EQUITY REPAYMENT AGREEMENT, August 7th, 1989:

    a.) by disallowing *". . . present condition. . .August 7th, 1989."* in disallowing Creditor's 56,693.65 claim.

    b.) by failing to reinstate Trust Deed, dated January 25th, 1986, because there was no meeting of the minds to reach agreement to endorse Trust Deed, January 25th, 1986 between Creditor and debtor.

    c.) by allowing expired option #1, which existed prior to January 1, 2004 to weigh over option #2, 19.12% interest in 1989 *present condition*, as appraised on or before January 1, 2004.

    d.) by disallowing the affirmed word of the Sovereign.

    e.) by disallowing the sworn word of witness Julie Richardson Hart.

21.   All of which points 1. through 20.(e.) irreparably harm *". . .that they are endowed*

*by their Creator with Certain [absolute] unalienable Rights. . .; that to secure these rights governments are instituted amoung men;. . ."* <u>Original Trust contract</u>, the inextinguishable Covenant of Steven George Fair Sovereign, Posterity by blood descent, unenfranchised; by defendant conversion and extortion, in unjust enrichment by deceptive trade practices for private corporate democracy to deny allodialist Steven George Fair's unalienable subsistence, rents, and tenements in allodium, a damage having a minimum value of 56,693.65 under 20.(a), treble damages 170,080.95 under the common law for Oregon and Alaska. All additional claims of irreparable harm are reserved for adjudication based upon audits that shall be ordered, under authority of the People, against defendant.

Remedy

22. The district court shall find defendant in breach of contract specific performance EQUITY SHARING AGREEMENT and order treble damages on 56,693.65 to be paid in the sum certain in remedy:

Debt 170,080.95

Debtor:
    UNITED STATES 28 U.S.C. 3002(15)
    U.S. Trustee
    William Barstow
    Gary Spraker

and;

23. The district court shall find that Plaintiff's allodial claim to the Kendanemken property is superior to any illegitimate sale to a debtor in possession, grantee corporate person of the district and order Quit Claim Title free and clear of all encumbrances in as remedy,

and;

24. The district court shall find Trustee did engage in deceptive trade practices against the alleged purchaser of the Kendanemken property and notice same of trustees misrepresentation in relief, allowing purchaser unobstructed suit for reclamation under the

common law of Alaska, and;

25.   The district court shall order defendant to preform audits to determine the rents due Steven George Fair from his organic tenements, rents, and property and, the district court shall order defendant to provide allodial title to all lands formerly held by the blood line of Plaintiff from Maryland, Virginia, Kentucky, Ohio, Indiana, South Dakota, and Oregon Country, including the alleged states of Alaska, Oregon, Idaho, Montana, and Washington.

### Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 1st day of the 5th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

/

/

/

/

/

/

/

/

/

/

/

Further Affiant Sayeth Naught

_____
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master general
            Sandy general delivery
            Sandy I.M.M. 122.1
            Oregon
message telephone: 503.668.6836



/
/
/
/ "Specially Objected To"
/ MacLeod v. Hoover (June 22, 1915)
/ No. 26285, C.T.L.; 105 S.Rep.
/
/
/
/
/
/
/
/
/
/
/
/