RECEIVED

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

05-05-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
    Post:   c/o post master General
                Sandy general delivery
                Sandy I.M.M. 122.1
                Oregon
message telephone 503.668.6836

No. 3:06-cv-00129 JWS

district court for the united States of America
Anchorage, Alaska

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13,
legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

Declaration of criminal extortion / conversion

(1)

Comes Now affiant Steven George Fair to affirm pursuant to the Laws of Perjury for that state of organic origin Oregon:

1. Steven George Fair Sovereign, Posterity by blood descent, unenfranchised is domiciled on that organic state of origin Oregon as the Allodialist, and; defendant is a corporation incorporated under the laws of the District of Columbia doing business as the UNITED STATES 28 USC 3002(15) appearing in corporate territorial residence in an illegitimate district of Alaska, STATE OF ALASKA, AK, 995 _ _.

2. The instant matter started as a Creditor No. 1 claim of specific performance to contract EQUITY SHARING AGREEMENT, August 7th 1989, Fair/Hart endorsed/constructed on Portland Oregon [Fair] and Florence Oregon [Hart] in regard to what is known as the Kendanemken property, Soldotna, Alaska. Hart went breach of contract January 1, 2004 and Creditor filed uncontested UCC statement that year for 46,000.0 + -.

3. BARSTOW, William in telephonic conversation prior to trial did intimidate and ridicule Steven George Fair Sovereign, Posterity by blood descent, and challenge Creditor number No. 1 in contempt to impair Creditor No. 1's Lawful claim under allegation the court would likewise subject Steven George Fair to hatred, contempt, or ridicule to impair Sovereign Creditor endowment as secured constitutionally. The result of BARSTOW's acts via attorney SPRAKER is extortion of private property under allegation of the *'public good'* which appears to bring about constitutional breach of just compensation by unjust personal enrichment by a 10% commission to BARSTOW.

4. The bankruptcy court did trespass upon and engage in conversion of constitutionally secured, *"No State shall. . .; pass any Law impairing the Obligation of Contracts,. . ."* <u>Article I, sec. 10, cls. 1, Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D.1787,</u> *"present condition"*, August 7th, 1989, EQUITY SHARING AGREEMENT, constructed on TRUST DEED

Fair/Hart, Jan. 25, 1986 in appearing violation of Article V of Amendment *". . .nor shall private property be taken for public use without just compensation.* The court's dismissal of *". . . present condition. . ."* EQUITY SHARING AGREEMENT, August 7th, 1989, is opined unjustly to be for the *public good* [of private mobocracy 28 U.S.C. 3002(15)] an appearing constitutional breach.

5.  Attorney SPRAKER, Gary, and Trustee BARSTOW attempt to engage in conversion of the Person, Article IV Original Trust A contract, supra, of Steven George Fair to extort, A.K. 11:41:520(a)(3)(4)(6), private property by threat, intimidation, ridicule, and withholding information on the Law and Claim which is a criminal violation of State Law and Common Law established July 4th A.D. 1776, to create an illegitimate sphere of public good in corporate enfranchiee democracy.

6.  SPRAKER and the illegitimate court took unfair advantage of the 10day response rules, and poor function of the private corporation U.S. Postal Service to deny Creditor No. 1 Due Process of Law. Donald MacDonald IV continues to address Creditor No. 1 properly. However, SPRAKER twists the truth as his calling *atturn ey - Latin* in an unlawful attempt to covert the Constitution and private publicly secured endowments of the People by abuse of power, deceptive trade practices, and outright appearance of criminality to extort and compel involuntary political choice via compelled 'use' of the Banking Act of 1913, in Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised. SPRAKER plead to the court *ex parte* attempting to deny Creditor No. 1 due process of law and just compensation by unjust acts of rebellion, res judicata, before MAC DONALD IV, Donald. At the same time the Clerk of Court refused to allow Creditor No. 1 *ex parte* appearance to perfect appeal, and motions timely.

7.  SPRAKER has come to the district court in criminal violation of A.K. Sec. 11.41.520 extortion, by his titling, to compel involuntary *use* by Creditor No. 1 so as to criminally convert his Person, Article of Amendment IV, and deny Article IV Sovereign

Immunity and Privilege for SPRAKER's own personal gain by deceptive trade practices, all without just compensation at Article of Amendment V, Original Trust A contract, supra, as endorsed by the Framers A.D. 1787. Additionally, SPRAKER conspires with BARSTOW to violate A.K. Sec. 11.41.520 to deny substantive constitutionally secured Endowment of Steven George Fair and Due Process of Law via Article IV Const. supra, Immunity and Privilege to Covenant Endowment.

8.   This court of grantee office holders, corporate enfranchisees of the alleged District of Columbia incorporation 28 U.S.C. 3002(15), debtor in possession of public Trust obligation, *Clearfield Trust Doctrine estoppel* cannot trespass upon *Ashwander Doctrine estoppel* in regard to Steven George Fair's claim to Sovereign Immunity and Privilege and Grantor capacity as the Posterity by blood descent Lawfully. It is conclusively presumed that these corporate enfranchisee office holders are alleged 14th voluntary political amendment subject of the congress *federal union of states* in the illegitimate alleged voluntary political congressional legislative military voter scam of *The Reconstruction Acts of 1867 - present*. This is not to say that defendant does not use severally the corporate members individually to legalize Outlawry by illegitimate abuse of legislative power and outright assault and extortion in intimidation, threat, and coersion to deny the theory of the Rule of Law as endorsed by the Framers in A.D.1787.

9.   Donald MacDonald IV has breached specific performance to <u>Original Trust A contract</u> in violation of A.K. 11.41.520, O.R.S. 164.075 at Article VI Affirmation to the original organic intent of the Framers in A.D. 1787 by misrepresenting the public Trust debt obligation in Order to maintain qualified immunity in office. MacDonald is aware of <u>U.S. v. Bankers' Trust Co. et.al. 294. U.S. 240 (1935)</u> and the requirement for *quid pro quo* 371 4/16ths grains of fine silver in a Coin struck by the Mint as Legal Tender for the several States, for federal reserve notes to be money. MacDonald is judicially aware that the F.D.R. 'gold dollar' 48 Stat. 112 (31 USCA 462, 463) is a fraud and misrepresentation

under abuse of the commerce clause for Title 31 'democracy pubic policy' in distinction to Article I, sec. 8, cls. 5, Original Trust A contract silver specie Coin money, against; a never again appearing fiat scheme like *Continental Notes*. MacDonald is judicially aware that the office of governor for Alaska is in breach of Article I, sec. 10, cls. 1, in criminal extortion under A.K. 11.41.420. MacDonald is judicially aware that federal reserve notes have no congressionally established value and are not money under Article I, sec. 8, cls. 5, as is required *quid pro quo U.S. v. Bankers' Trust Co. et.al. 294. U.S. 240 (1935)*. Donald MacDonald IV is judicially aware that the U.S.COURTS actors, without qualified immunity for breach of Article VI, Const. supra, violate A.K. 11:41:520 extortion with 'use'of valueless federal reserve notes. MacDonald IV refuses to pay his fiduciary debt obligation to SPRAKER to prevent SPRAKER's appearing military assault on the Constitution with intent to destroy *unanimous declaration of the thirteen united States of America, July 4th A.D. 1776. Original Trust contract.* MacDonald IV is in breach of specific performance to Article VI, Const. supra, and stands without qualified immunity of the mobocracy 28 U.S.C. 3002(15) as an individual enfranchisee of one corporate person UNITED STATES, supra. MacDonald severally and privately attempts to extort constitutionally secured Endowment of Steven George Fair Sovereign at A.K. 11:41:520(a)(3)(4)(6):

(a) A person commits the crime of extortion if the person obtains the property of another by threatening or suggesting that either that person or another may;

 (3) expose confidential information or a secret, whether true or false, tending to subject a person to hatred, contempt, or ridicule or to impair the person's credit or business repute;

 (4) take or withhold action as a public servant or cause a public servant to take or withhold action;

 (6) testify or provide information or withhold testimony or information with respect to a person's legal claim or defense;

by allowing SPRAKER and BARSTOW to expose information subjecting the Sovereign

to hatred, contempt, and ridicule all the while impairing Sovereign Covenant Credit under *No State shall. . . make any Thing but gold and silver Coin a Tender in Payment of Debts,* Article 1, sec. 10, cls. 1 and Article I, sec. 8, cls. 5, Const. supra, by compelled involuntary use of federal reserve notes to find Due Process of Law and Just Compensation. MAC DONALD IV, has failed to take action under A.K. 11:41:520 and under the criminal statutes of the united States and the several State Alaska and under the Constitution *". . .that they are endowed by their Creator with Certain [absolute] unalienable Rights; that to secure these Rights governments are instituted amoung Men. . . "* Original Trust contract, and has withheld the service of Law Enforcement to intimidate, threaten, and coerce Steven George Fair into involuntary political choice. SPRAKER, Gary, BARSTOW, William, and MAC DONALD IV, Donald have withheld testimony and information with respect to a "P"erson's, Article IV of Amendment, Steven George Fair's Article IV Immunity and Privilege; by deceptive trade practices so as to receive unjust enrichment via the illegitimate valueless fiat money scheme in absolute violation of the Framer's intent that there would never be valueless money like *Continental Notes* ever again. Defendant gains unjustly by illegitimately taking the valuable Credit / Private Property of Allodialist Steven George Fair to create a fiat tally scheme to prove enfranchisee character to the international community in fife, feod, feudal scheme serfdom, peonage, slavery, debtor in possession to pay the fees involuntarily as a commercial agreement under illegitimate public policy. MAC DONALD IV judicially understands under 1 Stat. 122 that provisions of Title 31 pertain commercially only to the corporate enfranchisee member body of 28 U.S.C. 3002(15) in the district and territories and that compelled involuntary 'use' of federal reserve notes is a criminal wrong doing *withholding action as a public servant* to deny substantive Covenant Endowment in Creditor Steven George Fair, causing U.S. Trustee to breach fiduciary debt obligation to Grantor Steven George Fair Sovereign, Posterity by blood descent, unenfranchised.

## Conclusion

10. Whether or not this court, defacto officer / color of office or not, joins the conspiracy to destroy the intent of the Framers in their contract endorsement, Original Trust contract, and Original Trust a contract, is a choice each person may make individually and severally as one corporate body. However, it is apparent from the illegitimate acts of the congress in breach of Article II, sec. 2 President Lincoln presidential pardon of the several States to breach Article V specific performance to state Suffrage in A.D. 1865 to bring about illegitimate 14th voluntary political amendment via unauthorized abuse of power in *The Reconstruction Acts of 1867 - present* the democratic person of 28 U.S.C. 3002(15) teeters on the brink of treason in the instant claim of Steven George Fair.

11. Returned to the court are unintelligible, incoherent, illegitimate papers alleging criminal conversion of Rights that are unalienable and constitutionally secured, in violation of Alaska extortion Laws, and constitutional violations as cited.

12. This court may operate in the Law, contract EQUITY SHARING AGREEMENT of Steven George Fair Sovereign Posterity by blood descent, or go into full blown illegitimate assault upon said Contracts under the Military Colors of the Commander in Chief with intent to destroy the Republic so as to establish a democratic corporate state under Roman Civil Law mobocracy. The Sovereign only seeks to place the truth constructed upon the reality recorded in state and federal Archives before the democracy and see them go into full blown criminal rebellion against the Rule of Law. Steven George Fair has a paucity of power, and a magnitude of Authority to face the growing criminal conspiracy involving illegitimate valueless fiat money and corruption to allege enfranchisee character as Wermuth, D.O.J. district of Columbia did last time I spoke when he stated that the Clean Air Acts enfranchised one to the federal union of states illegitimate scheme

as a grantee of clean air benefit from the illegitimate congress.

13.  I did hold my breath to end this involuntary slavery until I was rendered unconscious, but; the God of Abraham did involuntarily, by my sympathetic system, bring me back to involuntary sojourn on the Soil of this Land to face the gross democratic abuse of power and appearing criminality by 28 U.S.C. 3002(15). The paucity of authority in the illegitimate UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA rests in the debt obligation of a defacto power to the Public Rights of Steven George Fair secured constitutionally in Original Trust contract, supra.

14.  After this there will be but one question:

> Will the defacto officer/office/color of office pay their inextinguishable debt to Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised ? to prevent open confession of treasonous designs in causa bella by Colours and Seals before court ?

## Remedy

15.  The defacto court may acquiesce to the superior authority of a de jure government and de jure courts, specific performance to contract, to see the criminal acts prosecuted, or;

16.  The defacto court shall enforce *Ashwander Doctrine estoppel* against defendant severally by appropriate writ/order to prevent assault upon the constitutionally secured Rights of Steven George Fair, and; further defend contract, supra, violation of A.K. 11:41:520, and/or;

17.  The court shall openly confess and declare its, and the corporate person's legalization of Lawlessness and legalization of Outlawry in destruction of contract, supra, *to the victor go the spoils* by the Law of Nations - conquest.

/

/

Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 5rd day of the 5th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught.

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master general
            Sandy general delivery
            Sandy I.M.M. 122.1
            Oregon

message telephone: 503.668.6836

**"Specially Objected To"**
MacLeod v. Hoover (June 22, 1925)
No. 26395, S.Ct. La.; 105 S.Rep. 305

/

/

/