05-05-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
    Post:  c/o post master General
              Sandy general delivery
              Sandy I.M.M. 122.1
              Oregon
message telephone 503.668.6836

**RECEIVED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

No. 3:06-CV-00129 JWS

district court for the united States of America
Anchorage, Alaska

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13, legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

Conversion / Statement of *in forma pauperis*

(1)

Comes Now Steven George Fair Sovereign, Posterity by blood descent, unenfranchised to testify and affirm by the Law of Perjury on that organic State Oregon, July 5th 1843:

1.) Steven George Fair testifies that conclusive presumption lies against defendant 28 U.S.C. 3002(15), a corporate person incorporated under the laws of the District of Columbia, and severally individuals *in forma pauperis* have no Thing of value, Article I, sec. 8, cls. 5, Const. supra, as slaves under the alleged 14th voluntary political amendment. Defendant, supra, is debtor in possession, tenant in fee, fife, feod, feud, feudal scheme, serf, peon, slave, which is no benefit or value to the individual corporate enfranchisee in loss of substantive covenant constitutionally secured endowment. All benefit lies with the corporate body working the valueless federal reserve note tally to keep corporate enfranchisees individually and severally as one incorporated body under *Erie Railroad doctrine, Clearfield Trust doctrine, and Ashwander doctrine estoppel*. By deceptive trade practices defendant seeks to engage in conversion of Article IV Const. supra, and Article IV & V of Amendment, Const. supra, to prevent paying the just rents owed the Sovereign Steven George Fair from illegitimate and unauthorized use of his Allodial estate in covenant endowment, Original Trust contract, supra.

2.) Steven George Fair testifies that conclusive presumption lies against the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA as one corporate being - defendant; in double negative *in forma pauperis* creating incoherent, unintelligible, cipher of **In Forma Pauperis** against the Sovereign Allodialist in absolute ownership of the Soil and Tenements, able to pay/extinguish debts with value, Article I, sec. 8, cls. 5, Legal Tender silver specie Coin struck by the Mint as Dollar, Original Trust A contract constitution for the united States of America as endorsed by the Framers A.D. 1787. Steven George Fair, never voluntarily making a use of valueless federal reserve notes, leaving him poor and without the means of valueless federal reserve note tally and fees that have grown from 155 in 2003, to 255 in 2005, to 455 in 2006 leaving inferring a

**Page two of four Conversion / Statement of *in forma pauperis***

conclusive presumption that the sum asked by the DISTRICT COURT is a tax on corporate enfranchisees, not a fee. If one has no valueless illegitimate fiat federal reserve notes with which to make voluntary use, one must be destitute in this sphere of private democratic assent to Outlawry in defendant incoherent, unintelligible, cipher order.

## Conclusion

3.) Defendant is at risk of claim of treason because grantee, debtor in possession of public Trust office, U.S. Trustee refuses to pay fiduciary debt to the Law/Contract. This defacto private democratic corporate court shall enforce *Ashwander Doctrine estoppel* against defendant, or face criminal allegation under A.K. 11:41:520 to breach specific performance to contract with knowing, intentional, willful, and malicious military intent to destroy the *unanimous declaration of the thirteen united States of America A.D.1776, July 4.* Creditor No. 1 has no federal reserve notes that he will make voluntary use of. Conversion of Allodial estate to federal reserve notes would seem to be criminal extortion. The increase from 155 455 in the span of 3 years is beyond the scope of inflationary pressure and represents an excise tax on private corporate enfranchisee code and roman civil law justice.

## *Remedy*

4.) The district court shall enforce Plaintiff' *Ashwander Doctrine estoppel* against defendants; and;

5.) Find defendants can produce no commerce clause, Banking Act of 1913 general and paramount lien, tally count of federal reserve notes for Steven George Fair to make a voluntary use of in their defacto illegitimate scheme in breach of the Framer's intent that there would never be *Continental Notes, ie; fiat currency/money EVER AGAIN*, and/or;

6.) Show cause why Organic Grantor Steven George Fair should not bring claim under affirmation that defendant has openly confessed before a judicial body, even a

**Page three of four Conversion / Statement of *in forma pauperis***

defacto judicial body, of intentional violation of A.K. 11:41:520 and Ore.73, ch. 836, sec. 11(2) 'exception' in treasonous design to destroy the Constitution under the military colours of the Commander in Chief by his *Eagle* standard, gold cords, silks and fringes of conquest as is Internationally recognized by the Law of Nations, see; *Veterans of Foreign Wars* - publication Flag Etiquette; Order included herein

### Asseveration

7.) Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 5th day of the 5th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth year of our tribal declaration.

Further Affiant Sayeth Naught

_____
Steven George Fair Sovereign
Posterity by blood descent, Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master general
           Sandy general delivery
           Sandy I.M.M. 122.
           Oregon
message telephone: 503.668.6836

**Page four of four Conversion / Statement of *in forma pauperis***

"Specially Objected To"
MacLeod v. Hoover  (June 22, 1925)
No. 26395. S.Ct. La.; 105 S.Rep. 305