05-05-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
     Post:  c/o post master General
            Sandy general delivery
            Sandy I.M.M. 122.1
            Oregon
message telephone 503.668.6836

**RECEIVED**

MAY **3 0** 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

No. 3:06-cv-00129 JWS

---

district court for the united States of America
Anchorage, Alaska

---

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13,
legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

---

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

---

Order to Show Cause
(1)

To defendant UNITED STATES et.al.

You and you are hereby Ordered to appear individually and severally as 'corporate defendant' incorporated in the District of Columbia, doing businss within the *federal union of* states district of Alaska at:

    Court House
    Federal Building
    222 W 7th Ave #4
    Anchorage
    Alaska


    Room _____
    Time _____:00 pm/am
    Date _____/_____/_____

and,

then and there to Show Cause why you should not be prosecuted for personal private intentional violation of A.K. 11:41:520, and; judgement rendered/ordered for voluntary open confession before the court of treasonous designs to destroy <u>Original Trust contract unanimous declaration of the thirteen united States of America</u> and <u>Original Trust A contract constitution for the united States of America</u> as endorsed by the Framers A.D. 1787, by A.K. 11:41:520, criminal assault upon the constitutionally secured 'P'erson of Steven George Fair by taking of Allodial Property to *pubic good* without just compensation in compelling involutary use to deny endowed subsistence.

<u>Asseveration</u>

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 5rd day of the 5th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.



Further Affiant Sayeth Naught

_____

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

      Covenant of Abraham
      Declaration of Arbroath A.D. 1320
      unanimous declaration of the thirteen united  States of America July 4th 1776
      confederation of States A.D. 1777
      definitive treaty of Peace A.D. 1783
      constitution for the united States of America A.D. 1787
      Articles of Amendment I - XII A.D. 1802
      An Act to establish a government in Oregon, July 5th 1843

1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
      Post:  c/o post master general
              Sandy general delivery
              Sandy I.M.M. 122.1
              Oregon
message telephone: 503.668.6836

**"Specially Objected To"**
MacLeod v. Hoover  (June 22, 1925)
No. 26395, S.Ct. La.; 105 S.Rep. 305