# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

STEVEN GEORGE FAIR SOVEREIGN,
    Plaintiff,

                                      Case Number 3:06-cv-00129-JWS

v.

UNITED STATES, et al.,
    Defendants.               **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this action is DISMISSED with prejudice.

APPROVED:

_____
/s/JOHN W. SEDWICK
United States District Judge

_____
Date: June 7, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

      IDA ROMACK
      Ida Romack, Clerk of Court

[sovereign judgment.wpd]{JMT2.WPT*Rev.3/03}