RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

06-01-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
     Post:   c/o post master General
                  Sandy general delivery
                  Sandy I.M.M. 122.1
                  Oregon
message telephone 503.668.6836

No. _____

3:06-cv-00129 JWS

district court for the united States of America
Anchorage, Alaska

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13,
legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

**Letter Rogatory**
(1)

To:

    The office of clerk for,
    district Court for the united States of America
    Federal Court House
    Anchorage
    Alaska

re:    presumption

1.)    Dishonored is an included envelope:

    Steven George Fair
    c/o Post Master General
    Sandy General Delivery
    Sandy I.M.M. 122.1
    Sandy, OR 97055

2.)    Honor lies at:

    Steven George Fair, Sovereign
    Posterity by blood descent
    1.3 miles South East Dodge Park
    Sandy River, Herrick Trail
    Sandy I.M.M. 122.1
    Oregon

2.)    Presumption lies *In Law*:

    a.)    The office of clerk contains an idiot who cannot copy a dejure location, plane, time, and space:

        1.)    The agent/agency is in rebellion, res judicata.

        2.)    The agent/agency is in violation of Ore.73, ch.836, sec. 11(2) under Article IV, Original Trust A contract constitution for the united States of America A.D. 1787 as endorsed by Framing intent, as adopted and ratified by Alaska State.

        3.)    An individual corporate enfranchisee is operating with treasonous design in breach of specific performance to said 2.) contract above.

        4.)    An individual corporate enfranchisee is engaged in domestic terror by intentional design.

## Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 1st day of the 6th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

_____
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master general
           Sandy general delivery
           Sandy I.M.M. 122.1
           Oregon
message telephone: 503.668.6836