RECEIVED

JUN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING • U.S. COURTHOUSE
222 W. 7TH AVENUE #4
ANCHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

MAY 2 6 2006

97055/75355

Steven George Fair
c/o Post Master General
Sandy General Delivery
Sandy I.M.M. 122.1
Sandy, OR 97055

049.J82\021\91
$00.630
Mailed From 99513
05/22/2006

U.S. POSTAGE



RECEIVED

JUN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNABLE TO FORWARD
NOT DELIVERABLE AS ADDRESSED

RETURN
TO
SENDER

UNABLE TO FORWARD
NOT DELIVERABLE
AS ADDRESSED

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UNABLE TO FORWARD
NOT DELIVERABLE
AS ADDRESSED

UNABLE TO FORWARD
NOT DELIVERABLE
AS ADDRESSED

RETURN
TO
SENDER

ict Court – District of Alaska
h Avenue #4
;e, AK 99513-7564

Steven Geor...
1.3 miles ...
Sandy ver...
8... OR ...

Ignorance of the Law is no excuse.

This appears as an unconscionable breach
and extortion AS## Alc 11:41:S 20 ura
The private corporation, Postal Service.
Conversion of private property w/o Authority

RECEIVED

MAY 19 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Notices**
3:06-cv-00094-TMB Fair

RECEIVED

JUN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

**U.S. District Court**

**District of Alaska**

RECEIVED

MAY 1 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Notice of Electronic Filing

The following transaction was received from entered on 5/3/2006 at 3:37 PM and filed on
5/2/2006

**Case Name:**     Fair
**Case Number:**    3:06-cv-94
**Filer:**        Steven George Fair
**Document Number:** 5

**Docket Text:**
Illegitimate Court Breach of Specific Performance to Contract by Ashwander Estoppel Trespass by
Steven George Fair (EKS)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/3/2006] [FileNumber=89800-0] [
3aea9b5eae2b0acba2a90847e4378b0b1c1c0db69aea8f9b1415fdc7a801b02669713d
1b93019bd3edee3ae93c455918737620befcc7538d77a0e3e331128705]]

**3:06-cv-94 Notice will be electronically mailed to:**

Gary A. Spraker     gary@cslawyers.net, ecf@cslawyers.net; sue@cslawyers.net

**3:06-cv-94 Notice will be delivered by other means to:**

Steven George Fair
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy, OR 97055

Jane Pettigrew
Greg Oczkus Law Office
430 W. 7th Avenue, Suite 202
Anchorage, AK 99501

John W. Ruebelmann
Office of the U.S. Trustee
605 West 4th Avenue, Suite 258

Anchorage, AK 99501

**Notices**
3:06-cv-00094-TMB Fair

RECEIVED

JUN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

**U.S. District Court**

**District of Alaska**

Notice of Electronic Filing

The following transaction was received from entered on 5/3/2006 at 3:42 PM ADT and filed on 5/2/2006

**Case Name:**        Fair
**Case Number:**    3:06-cv-94
**Filer:**        Steven George Fair
**Document Number:** 7

**Docket Text:**
Answer to Notice of Deficient Appeal and Impending Dismissal by Steven George Fair (Attachments: # (1) Objection to Misrepresentation of Material Fact)(EKS)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/3/2006] [FileNumber=89809-0] [ 30d11db509758c20dbd3569271f4c2f511c98b26be139349b5194133f42720a6d593d3 35eed45345f907852787b8cacbf04eea6ce88f743abab091405960db6a]]
**Document description:** Objection to Misrepresentation of Material Fact
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/3/2006] [FileNumber=89809-1] [ 065ba00d2869f916a9ce23cc906c7ad643209e50710de88d77a3af5a0bc4367879ef88 5d02438aa2310519410fd2824d5bd51e9644e5f6a1edff5612154412c4]]

**3:06-cv-94 Notice will be electronically mailed to:**

Gary A. Spraker    gary@cslawyers.net, ecf@cslawyers.net; sue@cslawyers.net

**3:06-cv-94 Notice will be delivered by other means to:**

Steven George Fair
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy, OR 97055

Jane Pettigrew
Greg Oczkus Law Office

430 W. 7th Avenue, Suite 202
Anchorage, AK 99501

John W. Ruebelmann
Office of the U.S. Trustee
605 West 4th Avenue, Suite 258
Anchorage, AK 99501

**Other Documents**
3:06-cv-00094-TMB Fair

# U.S. District Court

## District of Alaska

Notice of Electronic Filing

The following transaction was received from EKS, entered on 5/3/2006 at 3:45 PM ADT and filed on 5/2/2006

**Case Name:**          Fair
**Case Number:**        3:06-cv-94
**Filer:**
**Document Number:** 8

**Docket Text:**
AFFIDAVIT re [7] Answer to Notice of Deficient Appeal. (EKS)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/3/2006] [FileNumber=89812-0] [
03388ca9f9c60f8d5132a8e6498f6e76a8d31f81488426cf886ffe73203884c106a6ee
844dee430d8e1c0ec010a7991ae24e9fc5156d002c49ce2e901899a7dc]]

**3:06-cv-94 Notice will be electronically mailed to:**

Gary A. Spraker    gary@cslawyers.net, ecf@cslawyers.net; sue@cslawyers.net

**3:06-cv-94 Notice will be delivered by other means to:**

Steven George Fair
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy, OR 97055

Jane Pettigrew
Greg Oczkus Law Office
430 W. 7th Avenue, Suite 202
Anchorage, AK 99501

John W. Ruebelmann
Office of the U.S. Trustee
605 West 4th Avenue, Suite 258
Anchorage, AK 99501

**Notices**
3:06-cv-00094-TMB Fair

## U.S. District Court

### District of Alaska

Notice of Electronic Filing

The following transaction was received from entered on 5/3/2006 at 3:39 PM ADT and filed on 5/2/2006

**Case Name:**        Fair
**Case Number:**      3:06-cv-94
**Filer:**            Steven George Fair
**Document Number:** 6

**Docket Text:**
Certificate of Service by Steven George Fair re [5] Illegitimate Court Breach.(EKS)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=5/3/2006] [FileNumber=89803-0] [
4655cb389e7f4feb17ff84c1d5c06b39eb8be61eaa02b2c7c8d2db681368db4e8a4f58
4296870481a602e8491a84f477698d611f09f5fa5db92a95fcd36c3970]]

**3:06-cv-94 Notice will be electronically mailed to:**

Gary A. Spraker    gary@cslawyers.net, ecf@cslawyers.net; sue@cslawyers.net

**3:06-cv-94 Notice will be delivered by other means to:**

Steven George Fair
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy, OR 97055

Jane Pettigrew
Greg Oczkus Law Office
430 W. 7th Avenue, Suite 202
Anchorage, AK 99501

John W. Ruebelmann
Office of the U.S. Trustee
605 West 4th Avenue, Suite 258
Anchorage, AK 99501