06-06-A.D. 2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
    Post:  c/o post master General
             Sandy general delivery
             Sandy I.M.M. 122.1
             Oregon
message telephone 503.668.6836

RECEIVED
JUN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

No. _____

3:06-cv-00129 JWS

district court for the united States of America
Anchorage, Alaska

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13, legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

Demand for hearing on Scope
(1)

Comes now complaining Steven George Fair *in propria persona* to demand hearing with the dejure court on:

**Scope**

or, in the alternative:

1. A Sovereign Complainant, under the terms expressed in Blackstones Commentary the Common Law of England, as adopted by the several States, demands sui sponte statement of Fact and Law in regard to:

 a.) character, capacity, and identity of Steven George Fair, Sovereign, Posterity by blood descent. [complaining Sovereign understands that no court may declare sovereignty, for what it may declare it may take; however, complaining party knows the court shall recognize the presentment and is estopped from trespass, assault, or breach upon Steven George Fair without open confession of treasonous design]

  1.) Steven George Fair declares his Sovereignty by unalienable Right in Covenant and the court shall recognize the unrebuttable Fact before the Law.

  2.) Steven George Fair declares he is the unenfranchised Posterity by blood descent, and the court shall recognize his capacity.

  3.) Steven George Fair Sovereign declares his honorable character, and the court shall recognize every word expressed by the Sovereign as honorable unless, a Man Common Law Peer - Sovereign, should wish to bring Law claim in complaint to bear with obligation in court of Law.

2. The court shall find that a Sovereign Man, Steven George Fair, Posterity by blood descent is owed a dejure Court:

 district court for the united States of America, Anchorage, Alaska

or; that no defacto body, corporate enfranchisee may bring claim to dishonor the

Sovereignty of Steven George Fair without open confession of treasonous design in violation of defacto Alaska criminal code extortion to destroy Real Credit and Payment of Debts.

3.      The Sovereign's presumption that Defendants are engaged in rebellion, res judicata, criminal activity, AK statute, Ore. Statute, stands until such time as defendants rebut the historical facts in the record of the court. Until such time the court actors shall presume defendants one and all are dishonorable, in rebellion, and under the control of the Commander in Chief George W. Bush, for assault upon Original Trust A contract Constitution for the united States of America A.D. 1787 as endorsed by the Framers intent. The court officer / color of office shall enforce fiduciary debt obligation to prevent defendants treasonous designs from becoming criminally prosecutable.

### Remedy

4.      The Court shall issue Order on scope with fiduciary warning to defendants of the danger of treasonous design becoming criminal action in Law.

5.      The Court shall recognize Steven George Fair because he shall stand forever as the Sovereign who is unenfranchised to the current corporate scheme of defendants.

6.      The Court shall recognize defendant as an inferior corporate person who has no authority to raise any question against the Sovereign without open confession of treason against the contract constitution for the united States of America as endorsed A.D. 1787 by the Framer's intent

7.      The Court shall order Summons from the Clerk and, further order that the office of clerk of court stop criminal conversion with intent to intimidate, harass, and destroy the Credit of the Sovereign by conversion of the following with criminal intent:

### Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms

to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 6rd day of the 6th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master general
           Sandy general delivery
           Sandy I.M.M. 122.1
           Oregon

message telephone: 503.668.6836

Sovereign certifies that he sent a true copy of Motion on Scope to Gary Spraker, U.S. Trustee, and William Barstow:

    911 W. 8th Ave. Suite 201
    Anchorage Alaska
    Telefax (907) 258-2006

in the Post for the united States at Sandy Oregon, First Class, on June 7th 2006

(4)