07-14-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
    Post:   c/o post master General
               Sandy general delivery
               Sandy I.M.M. 122.1
               Oregon
message telephone 503.668.6836

**RECEIVED**
JUL 2 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

No. _____

**"Specially Objected To"**
MacLeod v. Hoover   (June 22, 1925)
No. 26395, S.Ct. La.; 105 S.Rep. 305

district court for the united States of America
Anchorage, Alaska

3:06-CV-00129

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13, legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

**Letter Rogatory to chief judge**
(1)

To:

    The office of clerk for,
    district Court for the united States of America
    Federal Court House
    Anchorage
    Alaska

re:    presumption

1.)    Dishonored are four(4) included envelopes:

    Steven George Fair
    c/o Post Master General
    Sandy General Delivery
    Sandy I.M.M. 122.1
    Sandy, OR 97055

2.)    Honor lies at:

    Steven George Fair, Sovereign
    Posterity by blood descent
    1.3 miles South East Dodge Park
    Sandy River, Herrick Trail
    Sandy I.M.M. 122.1
    Oregon

2.)    Presumption lies *In Law*:

    a.)    The office of clerk contains an idiot who cannot copy a dejure location, plane, time, and space:

        1.)    The agent/agency is in rebellion, res judicata.

        2.)    The agent/agency is in violation of Ore.73, ch.836, sec. 11(2) under Article IV, Original Trust A contract constitution for the united States of America A.D. 1787 as endorsed by Framing intent, as adopted and ratified by Alaska State.

        3.)    An individual corporate enfranchisee is operating with treasonous design in breach of specific performance to said 2.) contract above.

        4.)    An individual corporate enfranchisee is engaged in domestic terror by intentional design.

3.)   Included herein is a Rogatory to the illegitimate chief judge office; 9 pages, 2 inclusion copy of appearing mail fraud conspiracy.

### Asseveration

Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 14th day of the 7th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

*[signature]*
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:   c/o post master general
            Sandy general delivery
            Sandy I.M.M. 122.1
            Oregon
message telephone:   503.668.6836

*[stamp:]* "Specially Objected To"
MacLeod v. Hoover  (June 22, 1925)
No. 26395, S.Ct. La.; 105 S.Rep. 305

07-14-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
       Post:   c/o post master General
                  Sandy general delivery
                  Sandy I.M.M. 122.1
                  Oregon
message telephone 503.668.6836

Office of Attorney General
Washington D.C.

Office of overseeing justice
9th Circuits Court for the united States of America
San Francisco California

My dearest Sirs;

It appears the private individuals who breach specific performance to contract, Article VI Original Trust A contract Constitution for the united States of America as endorsed by the Framers A.D. 1787, misrepresent authority to hold Public Office, by promoting democracy in violation of Article IV, said Constitution, in breach of Article V, said Constitution, in breach of Article II, sec. 2, said Constitution, in breach of Article I, sec 8, said Constitution, all showing intent to breach Article III by tyrannical design.

The record of the district court for the united States of America, Anchorage Alaska, coupled with the Public Declarations of the Commander in Chief by intentionally promoting tyrannical democracy stand as conclusive presumption, in Law.

<u>Asseveration</u>

       Steven George Fair Sovereign, Posterity by blood descent, Unenfranchised affirms to We the People, that he believes the foregoing to be true, correct, complete, and certain, and that he believes the information supplied to him by state and national Archives to be true, correct, complete, and certain.

Done and dated this 14th day of the 7th month in the year of our Lord two thousand six, the two hundred thirtieth year of our Nation, the six hundred seventy-sixth day of our tribal declaration.

Further Affiant Sayeth Naught

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
    Covenant of Abraham
    Declaration of Arbroath A.D. 1320
    unanimous declaration of the thirteen united States of America July 4th 1776
    confederation of States A.D. 1777
    definitive treaty of Peace A.D. 1783
    constitution for the united States of America A.D. 1787
    Articles of Amendment I - XII A.D. 1802
    An Act to establish a government in Oregon, July 5th 1843
1.3 miles South East Dodge Park
Sandy River, Herrick Trail
Sandy
Oregon
    Post:  c/o post master general
            Sandy general delivery
            Sandy I.M.M. 122.1
            Oregon
message telephone: 503.668.6836

cc:    district Court for the united States of America
       Anchorage Alaska

       Joint chiefs

US POSTAGE
$1.11
neopost
07/05/2006
Mailed from 99501

Steven George Fair Sovereign
C/O Sandy General Delivery
Sandy I.M.M. 122.1
Oregon