10-16-2006
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
     Post:  c/o post master General
                Sandy general delivery
                Sandy I.M.M. 122.1
                Oregon
message telephone 503.668.6836

**RECEIVED**

DEC 0 8 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

3:06-CV-0929 TMB

No. _____

district court for the united States of America
Anchorage, Alaska

Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised

versus

UNITED STATES [28 U.S.C. 3002(15)]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

The illegitimate legislative body(s) 'the congress' and this state Ore.73, ch.836, sec.13,
legislature(s)
The person of democracy 1-999,999,999 one illegitimate corporate being

Gary Spraker, Donald MacDonald IV, William Barstow, U.S. Trustee

05-01457DMD
bankruptcy court for the united States of America
Anchorage Alaska

**Motion for reconsideration of dismissal based upon executive and legislative
usurpation of Constitutional Estoppel**

Comes Now the Sovereign Steven George Fair asking the district court reconsider its alleged dismissal of Sovereign Claim for justice, in Rule of Law, based in contract Constitution for the united States of America.

1.) In the instant plane, space, and time, the district Court judge is a servant owing an inextinguishable debt to his voluntary assent to contract Constitution for the united States of America A.D. 1787, A.D. 1791 under Article VI of said contract in specific performance, as envisioned by the Framer's endorsement signatures.

2.) It appears from the bankruptcy Court, MacDonald IV, has given third party notice that the claims of Steven George Fair have been dismissed, see; exhibit; included.

3.) Steven George Fair claims that any dismissal of claim based upon legislative usurpation, Title 31, of constitutional endowment, Article I, sec. 8, cls. 5, and Article I, sec. 10, cls. 1, is ill advised and appears to be executive usurpation, court under color of the Commander in Chief, to usurp unalienable endowment of Steven George Fair, Covenant - unanimous declaration of the thirteen united States of America July 4th 1776.

4.) Additionally, the Sovereign claims debtor in possession, tenant in fee, district Court for the united States of America, Anchorage, Alaska, appears to have usurped constitutionally secured covenant Private Property, Article IV, Article IV and V of Amendment, Const. supra, under executive Unitarian abuse of power in the office of Commander in Chief, under those colors, in executive/judicial/legislative usurpation of Constitutional Estoppel - Contract Law.

## Conclusion

5.) It appears based upon federal reserve notes having no legislative value under Article I, sec. 8, cls. 5, and the legislative body engaged in legislative usurpation of power for failing to obey estoppel that a Dollar is specifically, and only, 371 4/16th gains of fine silver in a Coin struck as Legal Tender by the Mint for the several States. That Title 31 is legislative usurpation of the Constitution at Article I, sec. 8, cls. 5, and Article I, sec. 10, cls. 1 debt obligation to legislate estoppel against the states; The Currency Cases void,

nunc pro tunc because of the Nixon devaluation of corporate enfranchisee territorial money federal reserve Notes in/or about 1971; federal reserve notes now being counterfeit because they cannot be exchanged for a Thing that may be exchanged for a Dollar; questions arise in regard to legislative usurpation of the constitution at Article I, sec. 8, cls. 6 in failing to legislative appropriate legislation to compel the secret service to comply with the contract Constitution, supra, to prosecute private counterfeiting by the congress in conspiracy with the families of the private federal reserve bank.

6.) Legislative usurpation by congress, or abject violation of the Constitution by the district Court to engage in alienation of unalienable Rights to private property and liberty, covenant Rights of Steven George Fair, bring about the impression of conversion of the Name and Address of Steven George Fair to gain an unfair advantage under Roman Civil Law to covertly hide the appearance of criminality via deceptive trade practices in a district court which appears to function administratively as a military court under the commander in chief. The court has not hidden the fact its colors and symbols are military and executive. However; this court lacks power to convert the Name or Location of Steven George Fair without legislative usurpation of judicial authority, or trespass with treasonous design upon the Constitution with intent to usurp said Constitution at Article I, Article II, Article, III, bringing claim of assault and destruction of Article IV, and V, while in private breach of Article VI Constitutional Oaths.

7.) Title 31 is legislative usurpation of Article I, sec. 8, cls. 4, cls. 5, and Article I, sec. 10, cls. 1, debt obligation to enforce said estoppel against the states. Combined with legislative usurpation of Article IV of the constitution in intentional conversion of the Sovereign Steven George Fair, and the facts construe a pattern of infringement set on the same design to overthrow the Constitution under authority of the executive Commander in Chief to create a democracy, dictatorship in succession, in what was formerly the fee office of president for the several united States of America.

Remedy

8. The district court shall remove its Self from legislative, executive usurpation of Covenant unalienable Rights domiciled in Steven George Fair, by overruling its illegitimate legislative/executive constitutional usurpation of Article I, sec 8, cls. 5 & 6, Article I, sec. 10, cls. 1, Article IV, sec. 2, Article V, and Article VI private breach of contract specific performance construction, in unconstitutional order of dismissal; by criminal conversion of private property, and legislative usurpation of the constitution via Title 31; appearing criminal assault upon Article I, sec. 8, cls. 5 and Article I, sec. 10 cls. 1.

9. The district Court shall establish a perpetual record of democratic usurpation of the Constitution in violation of the warning of President James Madisen - *democracy leads to destruction - breeds malcontent and contention, takes private property and liberty, is a tyranny run by despots.* There for - the district court shall order that democratic usurpation of the Constitution has taken the private property of Steven George Fair, has treasonously declared under Roman Civil Law, that Steven George Fair, is a tenant in fee, debtor in possession, slave, under congressional legislative usurpation via the alleged voluntary 14th political act, and the legislative usurpation of the constitution via the Reconstruction Acts of 1867; all under the current Ulitarian usurpation of George W. Bush, holding no constitutional authority because of abuse of power, breach of contract, and failure to pay fiduciary debt obligation to We the People.

Asseveration

Steven George Fair affirms to the district court that he is over 21 years of age, has taken Oath as a Public Officer to uphold the Constitution as intended by the Framers, is competent to testify by the Law of Perjury of the several State Oregon, and that the afore is true, correct, complete, and certain, or that he believes the information supplied to him is true, correct, complete, and certain based upon multiple and numerous declarations of George W. Bush that he operates under alleged power of the commander in chief to install illegitimate democracy in executive usurpation of judicial and constitutional authority; and

the fact the district Court declares by International Colors that it is subservient to the Commandeer in Chief and his illegitimate Unitarian mobocracy.

Done and dated this 17th day of the 10th month A.D. 2006

_____
Steven George Fair Sovereign
Posterity by blood descent
Unenfranchised
1.3 miles South East Dodge Park
Herrick Trail, Blue Roof
Sandy
Oregon
    Post:   c/o post master General
                 Sandy general delivery
                 Sandy I.M.M. 122.1
                 Oregon
message telephone 503.668.6836