UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

NORBERT LEE HART,

Debtor.

Case No. A05-01457-DMD
Chapter 7

Filed On
10/6/06

### ORDER OVERRULING OBJECTION AND GRANTING APPLICATION FOR ALLOWANCE OF ACCOUNTANT FEES

The trustee's accountant, Russell Minkemann, has filed and duly noticed an application for allowance and payment of his fees and costs incurred in this matter. An objection to that application was filed by Steven George Fair. Mr. Fair's objection raises issues irrelevant to the allowance of Mr. Minkemann's fees. Additionally, Mr. Fair's claim has been adjudicated by this court and paid in full by the trustee out of proceeds from the sale of property in Kenai.[1] Mr. Fair's appeal of this court's order adjudicating his claim has been dismissed. The allowance of Mr. Minkemann's fees and costs, which the court has reviewed and finds to be reasonable, will not impact Mr. Fair in any way. For these reasons,

**IT IS ORDERED** that Mr. Fair's objection is overruled and the application for allowance and payment of accountant's fees and expenses, filed on September 13, 2006, is granted. Mr. Minkemann is awarded fees in the sum of $1,017.50 and costs in the amount of $47.99, for a total award of $1,065.49.

---

[1] *See* Order and Judgment Regarding Objection to Proof of Claim, entered Mar. 15, 2006 (Docket Nos. 36, 37); and Trustee's Report of Sale of Soldotna Cabin & Lot, filed May 27, 2006 (Docket No. 107).

DATED: October 6, 2006

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve: J. Pettigrew, Esq.
      G. Spraker, Esq.
      R. Minkemann, C.P.A.
      W. Barstow, Trustee
      Steven George Fair
      U. S. Trustee
      Fee Book

10/06/06