# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

| | | | |
|---|---|---|---|
| To: | Steven George Fair | Case Number: | 3:06-cv-00129-JWS |
| | Sandy I.M.M. 122.1 | Case Title: | Fair v United States, et al. |
| | Sandy, OR 97055 | Docket No: | #9 |

Document Title: Motion For Reconsideration of Dismissal Based Upon Executive and Legislative Usurpation of Constitutional Estoppel

**Part I. This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:**

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___OTHER (see comments)

LR 10.1 Form of Pleading
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

*******************************************************************************************************

**Part II. This form is being sent to advise you that document(s) are being returned for the following reasons:**

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed

___ Depositions are not routinely filed

___ Pursuant to Court Order

___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed

*******************************************************************************************************

**Part III. This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:**

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
XX (f) Document is not signed

___ OTHER (see comments)

LR 5.1 Proof of Service
___No proof of service on the document filed

*******************************************************************************************************

**Comments:** _____

| | |
|---|---|
| Name: Pam Richter | Date: **December 22, 2006** |