



Sovereign
Steven George Fair
c/o post master General
Sandy general delivery
Sandy I.M.M. 122.1
Oregon

**RECEIVED**

JAN 0 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Letter Rogatory**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE #4
ANCHORAGE, ALASKA 99513-7564

re: envelope dated 12/22/2006 - postal meter

### Condemnation of Proceedings

#1.   Steven George Fair is the unenfanchised Sovereign; the person of the court shall accept the fact, or; stand in open court confession of treasonous design to overthrow the unanimous declaration of the thirteen united States of America, July 4th, 1776.

#2.   The office of George W. Bush, a despot operating a tyranny, as opined by Mr. President James Madisen, under the colors of the Commander in Chief in said; U.S. DISTRICT COURT, stands in breach of Article I, sec. 8, cls 5, 11, 17, & 18. Said office stands in breach of specific performance to Article II, sec. 2, presidential pardon of the several States by Mr. President Lincoln; appearing to criminally enforce political choice under the alleged Reconstruction Acts of 1867 to present, including the voluntary political choice opined in the alleged 14th amendment.

#3.   By nearly daily presidential declaration; Mr. George W. Bush, declares trespass upon Article IV, sec. 2 of the Constitution and the intent of the Framers; with treasonous design called "the Unitarian principle of executive privilege" to destroy Article IV, sec. 1. sec. 2, cls 1, sec. 3, cls. 1 & 2, and Article IV, sec. 4; by open treasonous declaration of democracy which is described by TM2000-25: 118-20:

DEMOCRACY:

A government of the masses.
Authority derived through mass meeting or any other form of direct expression.
Results in mobocracy
Attitude toward property is communistic-negating property rights.
Attitude toward law is that the will of the majority shall regulate, whether it be based upon deliberation or governed by passion, prejudice, impluse, without restraint or regard to consequences.
Results in demogagism, license, agitation, discontent, anarchy.

#4.   Construction of contract Constitution, Original Trust contract, <u>unanimous declaration of the thirteen united States of America, July 4th 1776</u>, and <u>Constitution for the united States of America, as endorsed by the Framers, A.D. 1791</u> establishes treasonous design in democracy in an tyrannical office held by despots in succession since F.D. Roosevelt removed the definition of democracy from TM-2000-25: 119-120.

You and you; you stand in breach of contract specific performance by appearing conspiracy to extort private property without due process of law.

The Law has described you in your actions. The Law condemns criminality and assent to lawlessness.

CEASE AND DESIST

Done and dated this 3rd day of the 1st month, two thousand seven.

RETURN ALL PROPERTY criminally extorted in violation of O.R.S .164.075 by misrepresentation and withholding facts in regard to the Sovereign and Sovereign Right to Law and Property.

Done and dated this 3rd day of the 1st month, two thousand seven.

Clackamas county, inc. July 5th 1843 )
                                      )   ss:
Oregon, July 5th 1843                 )

All Claim under 'ordinance for the territory North and West of the Ohio River', right of conquest Concord Bridge A.D. 1775.

I, Steven George Fair, affirm I am fifty-six years of age, of sound mind, and uncommon knowledge of the criminal democracy based upon O.R.S. 164.075, domiciled jus Soli as an Allodialist. I cannot unconstruct treason - only condemn said criminality, and demand; fiduciary debt obligation from the resident alien corporate member domiciled in treasonous design, too fearful of truth to remove its self from criminality.