D STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
DERAL BUILDING, U.S. COURTHOUSE
222 W. 7TH AVENUE, #4
CHORAGE, ALASKA 99513-7564

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



049J82021791

$00.39⁰
12/22/2006
Mailed From 99513
US POSTAGE

Steven George Fair
c/o Post Master General
Sandy General Delivery
Sandy I.M.M. 122.1
Sandy, OR 97055